06-15-00145-CR

# CLERK'S RECORD

Volume **1** of **1**

Trial Court Cause No.**28,779**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/1/2015 9:36:29 AM
DEBBIE AUTREY
Clerk

In the **196ᵗʰ District** Court

Of **Hunt** County, Texas.

Honorable **J Andrew Bench** Judge Presiding

**STATE OF TEXAS** Plaintiff(s)

## VS.

**CORY HAYES PARKER** Respondent(s)

Appealed to the
**6ᵀᴴ Court of Appeals Texarkana, TX**

Attorney for Appellant(s):

Name: **Peter I. Morgan**

Address: **P.O. Box 984**

**Greenville, Texas 75403**

Telephone No.: **(903) 455-8113**

Fax No.: **(866) 642-0057**

Attorney For: **Cory Hayes Parker**

Prepared by: _____
Susan Spradling, Deputy, Hunt County District Clerk

<u>TRIAL COURT CAUSE NO 28,779</u>

The State of Texas

County of Hunt

In the 196th Judicial District Court of Hunt County, the Honorable J Andrew

Bench., Judge Presiding, the following proceedings were held and the following

instruments and other papers were filed in this cause, to wit:

TRIAL COURT CAUSE NO 28,779

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| VS | § | 196TH JUDICIAL DISTRICT |
| | § | |
| CORY HAYES PARKER | § | HUNT COUNTY, TEXAS |

TRIAL COURT CAUSE NO. 28,779

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | 196th JUDICIAL DISTRICT |
| VS. | § | COURT OF |
| CORY HAYES PARKER | § | HUNT COUNTY, TEXAS |

## INDEX

|  | Page |
|---|---|
| Clerk's Summary | 1 |
| Caption | 2 |
| Index | 3 - 5 |
| Indictment | 6 - 7 |
| Criminal Docket | 8 - 11 |
| Order Appointing Attorney – Jack Paris | 12 - 13 |
| Motion for Production of Witness List | 14 - 15 |
| Motion for Production of Exculpatory Evidence | 16 - 17 |
| Motion for Discovery of Documents and Other Things | 18 - 19 |
| Ex Parte Motion for the Appointment of an Investigator | 20 - 21 |
| Ex Parte Order Appointing a Private Investigator for Defendant | 22 |
| Motion for Production of Current Criminal Histories | 23 - 24 |
| Ex Parte Motion for Discontinuance of Investigative Services Previously Ordered | 25 - 26 |
| Ex Parte Motion for Substitution Appointment of an Investigator | 27 - 28 |
| Ex Parte Order Appointing Substituted Private Investigator for Defendant | 29 |
| Ex Parte Order Discontinuing Prior Appointment of Investigator | 30 |
| Order for Production of Current Criminal Histories | 31 - 32 |
| Defendant's First Motion in Limine | 33 - 35 |
| Motion for Production of Current Criminal Histories | 36 - 37 |

State's Motion for Continuance 38 - 39

Ex Parte Motion for the Appointment of an Investigator 40 - 41

Ex Parte Order Appointing a Private Investigator for Defendant 42

Order for Production of Current Criminal Histories 43 - 44

Order Granting State's Motion for Continuance 45

State's Amended Supplemental Designation of Expert Witnesses 46 - 48

State's 3rd Supplemental Designation of Expert Witnesses 49 - 51

Order on Defendant's First Motion in Limine 52 - 53

Jury List – States's Strikes 54 - 59

Jury List – Defendant's Strikes 60 - 65

Jury List – Court's Strikes 66 - 71

Jury List – Clerk's List 72 - 77

Jury List – Selected Jurors 78

Defendant's Election for Determination of Punishment 79

Defendant's Application for Probations/Community Supervision 80

Order Reducing/Increasing Bond 81

Charge of the Court 82 - 88

Court's Punishment Charge 89 - 93

Texas Code of Criminal Procedure 39.14 Compliance Statement 94 - 96

Judgment – 8 Years TDCJ 97 - 100

Trial Court's Certificate of Defendant's Right to Appeal 101

Order Appointing Attorney on Appeal – Peter Morgan 102 - 103

Notice of Appeal 104 - 105

Motion to Set Bail Pending Appeal      106 - 108

Order Setting Bond – Appeal      109

Motion for New Trial      110 - 111

Clerk's Certification      112



Bond $25,000⁰⁰

THE STATE OF TEXAS VS. **COREY HAYES PARKER**

CHARGE: **AGGRAVATED ASSAULT AGAINST A PUBLIC SERVANT**

IN THE 196ᵀᴴ JUDICIAL DISTRICT COURT OF HUNT COUNTY, TEXAS

**************************************************************************

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS

THE GRAND JURORS, FOR THE COUNTY OF HUNT, STATE OF TEXAS, DULY SELECTED, IMPANELED, SWORN, ORGANIZED, AND CHARGED TO INQUIRE OF OFFENSES COMMITTED IN SAID COUNTY AND STATE, UPON THEIR OATHS PRESENT IN AND TO SAID COURT THAT ON OR ABOUT THE **2nd** DAY OF **AUGUST**, A.D. **2012**, IN THE COUNTY AND STATE AFORESAID, AND BEFORE THE PRESENTMENT OF THIS INDICTMENT,

**COREY HAYES PARKER**

did then and there intentionally or knowingly threaten **DEPUTY KELLY PHILLIPS** with imminent bodily injury by pointing a firearm in **DEPUTY KELLY PHILLIPS'** direction, and did then and there use or exhibit a deadly weapon, to wit: a shotgun, during the commission of said assault, and **COREY HAYES PARKER** did then and there know that **DEPUTY KELLY PHILLIPS** was a public servant, to wit: **A SHERIFF'S DEPUTY WITH THE HUNT COUNTY SHERIFF's DEPARTMENT** and that the said **DEPUTY KELLY PHILLIPS** was lawfully discharging an official duty, to wit: **executing a search warrant;**

PARAGRAPH TWO

did then and there intentionally or knowingly threaten **DEPUTY KELLY PHILLIPS** with imminent bodily injury by pointing a firearm in **DEPUTY KELLY PHILLIPS'** direction and did then and there use a deadly weapon, to wit: a shotgun, during the commission of said assault, and **COREY HAYES PARKER** did threaten **DEPUTY KELLY PHILLIPS** in retaliation or on account of an exercise of official power or performance of official duty by **DEPUTY KELLY PHILLIPS** as a public servant, to wit: **A PEACE OFFICER WITH THE HUNT COUNTY SHERIFF'S DEPARTMENT**

AGAINST THE PEACE AND DIGNITY OF THE STATE.

FOREMAN OF THE GRAND JURY

**SCANNED**

6

STATE OF TEXAS )(

COUNTY OF HUNT )(

I, Stacey Landrum, Clerk of the 196th Judicial District Court of Hunt County, Texas, do hereby certify that the within and foregoing is a true and correct copy of the original bill of indictment, filed in said Court on the 25th day of JANUARY, 2013, in Cause Number _____ Styled the State of Texas vs. COREY HAYES PARKER.

Given under my hand and seal of said Court, in Greenville, Hunt County, Texas, this the ____day of _____, 2012.

_____
Stacey Landrum, District Clerk

By: _____
Deputy Clerk

FILED
AT 2:20 PM
JAN 25 2013
CLERK, DISTRICT COURT, HUNT CO. TX

WITNESS - LAURA SIMMONS
TX. RANGER

## WARRANT INFORMATION

| NAME: COREY HAYES PARKER | | | |
|---|---|---|---|
| ADDRESS: 2259 PR 3837 (King St) Quinlan, TX 75474 | | | |
| DOB: 03-09-1980 | DL: 07099886 | | SSN: 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 |
| HT: 5'10 | WT: 200 | HAIR: bro | EYES: grn |
| RACE: w | | SEX: male | |
| HCSO #: 47207 | SID: 06549725 | | FBI: 381208PB5 |
| DATE OF ARREST: 08/02/2012 | | | |
| OCCUPATION: | | | |
| SCAR(S)/TATTO(S): | | | |
| DA FILE #: 1301068 | | | |

7

# 196th CRIMINAL DOCKET

CASE NO. 28,779

| NUMBER OF CASE | STYLE OF CASE | ATTORNEYS | OFFENSE | DATE OF FILING | | |
|---|---|---|---|---|---|---|
| | | | | MONTH | DAY | YEAR |
| 28,779 | THE STATE OF TEXAS | Noble D. Walker, Jr. STATE | Agg. Assault Against A Public Servant | January 25, 2013 | | |
| | VS. | | | INDICTMENT | | |
| FEE BOOK | Corey Hayes Parker | Jack Paris, appt | | | | |
| VOL. / PAGE | | DEFENDANT | | | | |

| DATE OF ORDERS | | | WAS STENOGRAPHER USED? | ORDERS OF COURT | MINUTE BOOK | | WITNESSES |
|---|---|---|---|---|---|---|---|
| MONTH | DAY | YEAR | | | VOL. | PAGE | |

(2) Bond: 11/29/12
$25,000-PR
Cory Hayes Parker
10092 Navajo
Quinlan, Texas 75474

03 04 2013 B Wheeler CR; Dy appeared, Atty J Paris appt; Arraignment 03/06/13

03 06 2013 B Wheeler CR; Dy appeared w/ atty J Paris; Arraigned; Interim 04/13/13

Writ 07049
Jack Paris Appt 08/14/12

Appeared

Defendant arraigned. Identity fixed. Affidavit signed. Attorney J Paris appointed. Defendant admonished. Plea of NOT GUILTY entered.

_____
Judge Presiding

04 03 2013 B Wheeler CR; Dy appeared w/ atty J Paris; Dy ordered to appear 05/01/13 for Interim

— over —

| NUMBER OF CASE | | STYLE OF CASE | ATTORNEYS | OFFENSE | | DATE OF FILING | |
|---|---|---|---|---|---|---|---|
| | | | | | MONTH | DAY | YEAR |
| | | THE STATE OF TEXAS | | | | | |
| | | VS. | | | INFORMATION OR INDICTMENT | | |
| FEE BOOK | | | STATE | | | | |
| VOL. | PAGE | | | | | | |
| | | | DEFENDANT | | WITNESSES | | |

| DATE OF ORDERS | | | STENOGRAPHER USED | ORDERS OF COURT | MINUTE BOOK | |
|---|---|---|---|---|---|---|
| MONTH | DAY | YEAR | | | VOL. | PAGE |
| 11 | 25 | 2013 | | D Radden OR: Atty Appeared w/Atty Of Paris) Atty Ordered to appear 12/18/13 for Arraign | | |
| 12 | 18 | 2013 | | B Wheeler OR: Atty Appeared w/Atty Of Paris) Atty Ordered to appear 03/05/13 for pretrial And 03/10/14 for jury trial | | |
| 01 | 22 | 2014 | | B Wheeler OR: Atty Appeared w/Atty Of Paris Atty ordered to appear 02/26/14 for Arraign | | |
| 02 | 26 | 2014 | | B Wheeler OR: Atty Appeared w/Atty Of Paris) Atty Ordered to appear 05/07/14 for pre-trial And appear 05/12/14 for jury trial | | |
| 07 | 30 | 2014 | | Ex Parte Order Appt A PI for Def. Justin Kirkham C.O. | | |

# THE STATE OF TEXAS

## VS. NO. 28229

| DATE OF ORDERS | | | ORDERS OF COURT | MINUTE BOOK | |
|---|---|---|---|---|---|
| MONTH | DAY | YEAR | | VOL. | PAGE |
| 08 | 04 | 2014 | Birkheier; Dy appord w/atty O Atria; Dy ord to appear 10/28/14 for pre-trial and appear 11/03/14 for jury trial. Sgna Ded Granting St to Notice) of Continuance; Sgna Ord for Pros & Current | | |
| | | | Payment of Stories | | |
| 10 | 29 | 14 | Girard; wheeler; Dy appord; Reset - Intrim 02/09/14. | | |
| 11 | 03 | 14 | Girard; wheeler; Dy appord; Reset - Intrim 02/09/15 | | |

| DATE OF ORDERS | | | ORDERS OF COURT | MINUTE BOOK | |
|---|---|---|---|---|---|
| MONTH | DAY | YEAR | | VOL. | PAGE |
| 05 | 01 | 2013 | B/Wheeler CR; Mfg appeared w/atty G Paris; Mfg ordered to appear 06/05/13 for Interim | | |
| 05 | 21 | 2013 | Deft Appt Mr. James Smith | | |
| 06 | 05 | 2013 | B/Wheeler CR; Mfg appeared w/atty G Paris; Mfg ordered to appear 07/01/13 for Interim | CO, | |
| 07 | 01 | 2013 | B/Wheeler CR; Mfg appeared w/atty G Paris; Mfg ordered to appear 07/31/13 for Interim | | |
| 07 | 31 | 2013 | B/Wheeler CR; Mfg appeared w/atty G Paris; Mfg ordered to appear 08/29/13 for Interim | | |
| 08 | 28 | 2013 | B/Wheeler CR; Mfg appeared w/atty G Paris; Mfg ordered to appear 09/25/13 for Interim | | |
| 09 | 25 | 2013 | B/Wheeler CR; Mfg appeared w/atty G Paris; Mfg ordered to appear 10/23/13 for Interim | | |
| 10 | 16 | 2013 | Order Discontinuing Mr. Order Appr Mr. | CO, | |
| 10 | 23 | 2013 | Order Mr; Mfg appeared w/atty G Paris; Mfg ordered to appear 11/25/13 for Matters; Signed order for Production by Instant Criminal Matters | CO, | |

# AFFIDAVIT OF INDIGENCE AND APPLICATION FOR APPOINTED ATTORNEY

My full name is _Cory Hayes Parker_

My address is _10092 Navajo Quinlaw TX 75474_

I wish to disclose under oath my income, sources of income, assets, property, outstanding obligations, necessary expenses, dependents, spousal income available to me and any Governmental support.

1.  My earnings are $ _1,200_ per _month_

    Employer _Marnor Customs_

    Address of Employer _9774 Shady Ln Quinlaw TX 75474_

    If unemployed, list the last job you had when it ended and expectations of gaining employment.
    _N/A_

2.  I have other income in the amount of (state source and amount per month/week

3.  I AM / AM NOT married and support _0_ children and or other dependents who are (name and relation)

4.  Earnings of my spouse available to me are (name of employer and amount of weekly or monthly earnings)
    _N/A_

5.  I have the following money:

    | | | | |
    |---|---|---|---|
    | At home | $ | Checking Account | $ |
    | Savings Account | $ | Safety Deposit Box | $ |
    | Due/Owed to me | $ | Other | $ |

6.  I own the following real property: (Address and location)

    If you own any of the following, please show value:

    | | | | |
    |---|---|---|---|
    | House | | Automobiles | |
    | Furniture | | Other Land/Buildings | |
    | Notes, Mortgages, Trusts | | Stocks and Bonds | |
    | Animals of Value | | Jewelry | |
    | Other Personal Property | | | |

7.  I have the following necessary expenses:
    _Food, Rent, Elec., Hve, Water, Phone_

8. I have the following outstan●ing obligations:

_____

9. I can borrow $ _____∅_____ from _____

10. (I AM / AM NOT free on bond. Amount of bond $ _PR_____

Name of person who paid for bond _Judge Beccom___

Bondsman's name _____

11. I receive governmental support of $ _____ for _____

12. I am currently represented by attorney _____ on other charges or in other court(s). My attorney is RETAINED / APPOINTED.

**CHOOSE ONE:**

(✓) I have no ability to raise funds with which to employ an attorney and desire the court to appoint an attorney to defend me.

(✓) I can afford payments of $ _50_ per week/month toward paying a court appointed attorney.

Date: _3/4/13_                                    _____
                                                  Defendant

Subscribed and sworn to before me, the undersigned authority, on this the ___ day of _____ 20__

# _28778, 28779_                    By:_____
State of Texas                      Official Administering Oath for the State of Texas

VS _Cory Hayes Parker_

**ORDER**

The court, finding that Defendant is too poor to employ counsel, appoints _Jack Paris Jr_ to defend the accused.

( ) Defendant is in custody and the attorney should visit the jail within one day.
(✓) Defendant is directed to meet the attorney within three days.
( ) Defendant is able to partially afford attorney in amount of $ _50_ / per _month_

_____
JUDGE PRESIDING
HUNT COUNTY, TEXAS
**FAXED** DATE:_____3/4/13____

CERTIFICATE
Forward to appointed attorney        MAR 0 4 2013
By ( ) Fax ( ) E-mail on _____
                          COURT ADMINISTRATOR

Coordinator

Page 2 of 2

13

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| VS. | § | OF HUNT COUNTY, TEXAS |
| CORY HAYES PARKER | § | 196TH JUDICIAL DISTRICT |

## MOTION FOR PRODUCTION OF WITNESS LIST

TO THE HONORABLE JUDGE OF SAID COURT:

COMES now Defendant, **CORY HAYES PARKER**, in the above-entitled and-numbered cause, by and through his Court-Appointed Attorney of Record, and makes and files this Motion for Production of Witness List and would respectfully show as follows:

### I.

Defendant stands accused by Indictment in the above-entitled and-numbered cause of the alleged violation of the law as more fully set forth in the Indictment.

### II.

In order to avoid surprise to Defendant and Defendant's Attorney at the time of trial and for the purpose of promoting a fair and just trial of Defendant as to the allegations against him by Indictment in this cause, it is necessary that THE STATE be ordered to furnish to Defendant through his Attorney of Record a written list of all witnesses that THE STATE intends to call or may call at the time of trial and their most currently known addresses.

It is necessary that THE STATE be ordered to furnish the names and addresses of all such witnesses to Defendant's Counsel so that said Counsel will have a full and adequate opportunity to prepare a defense to the allegations against the Defendant.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant prays that upon hearing hereof, the Court order THE STATE through the Hunt County District Attorney, to forthwith furnish to Defendant through his Court-Appointed Attorney of Record a full and complete list of all persons that THE STATE intends to call or may call as witnesses against the Defendant at the time of trial, specifically including the most currently known address for each such witness.

Respectfully submitted,

_Jack L. Paris Jr_ (signature)

JACK L. PARIS, JR.
ATTORNEY AT LAW
3101 JOE RAMSEY BLVD, STE. 101
P. O. BOX 8277
GREENVILLE, TEXAS 75404-8277
Telephone: (903) 455-5797
Fax: (903) 455-6205
SBN 15461500
COURT-APPOINTED
ATTORNEY FOR DEFENDANT,
**CORY HAYES PARKER**

## CERTIFICATE OF SERVICE

The undersigned Attorney hereby certifies that a true and correct copy of the foregoing Motion, has been delivered to Hon. Noble Walker, Hunt County District Attorney, Hunt County Courthouse, Greenville, Texas by hand delivery of same on this the 4th day of March 2013.

_Jack L. Paris Jr_ (signature)

JACK L. PARIS, JR.

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| VS. | § | OF HUNT COUNTY, TEXAS |
| CORY HAYES PARKER | § | 196TH JUDICIAL DISTRICT |

## MOTION FOR PRODUCTION OF EXCULPATORY EVIDENCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES now Defendant, **CORY HAYES PARKER**, in the above-entitled and-numbered cause, by and through his Court-Appointed Attorney of Record, and makes and files this Motion for Production of Exculpatory Evidence and would respectfully show as follows:

### I.

Defendant stands accused by Indictment in the above-entitled and-numbered cause of the alleged violation of the law as more fully set forth in the Indictment.

### II.

Defendant and his Attorney would respectfully show unto the Court that they are entitled to discover and to have produced to them any and all evidence, exhibits, tangible things, statements of possible witnesses or anything else in the possession of or known to THE STATE that is exculpatory of Defendant as to the allegations made against him in the Indictment by which he stands accused, specifically including but in no way limiting the generality of this request, any written, recorded, videotaped or other statements by any person providing or suggesting an alibi for Defendant or that corroborates or is otherwise supportive of any alibi of the Defendant or any statements of any nature by any person contradictory or otherwise unsupportive of the allegations contained in the Indictment in this cause, any tangible or physical evidence in the possession of THE STATE that THE STATE does not intend to offer at the time of trial of the accused and the names and most currently known addresses of any and all persons interviewed or interrogated by THE STATE in the conduct of its investigation as to the allegations against the Defendant in this cause and which person or persons THE STATE does not intend to call as a witness at the time of trial.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant prays that upon hearing of this Motion, that this Honorable Court enter its Order directing THE STATE through the Hunt County District Attorney, to forthwith reveal and produce to Defendant through his Court-Appointed Attorney of Record all exculpatory evidence as specifically set forth hereinabove and otherwise in the possession of or known to THE STATE.

Respectfully submitted,

JACK L. PARIS, JR.
ATTORNEY AT LAW
3101 JOE RAMSEY BLVD., STE 101
P. O. BOX 8277
GREENVILLE, TEXAS 75404-8277
SBN 15461500
Telephone: (903) 455-5797
Fax: (903) 455-6205
COURT-APPOINTED
ATTORNEY FOR DEFENDANT
**CORY HAYES PARKER**

## CERTIFICATE OF SERVICE

The undersigned Attorney hereby certifies that a true and correct copy of the foregoing Motion, has been delivered to Hunt County District Attorney, Hunt County Courthouse, Greenville, Texas by hand delivery of same on this the 4th day of March 2013.

JACK L. PARIS, JR.

CAUSE NO. 28,779

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| VS. | § | OF HUNT COUNTY, TEXAS |
| CORY HAYES PARKER | § | 196TH JUDICIAL DISTRICT |

## MOTION FOR DISCOVERY OF DOCUMENTS AND OTHER THINGS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES now Defendant, **CORY HAYES PARKER**, in the above-entitled and-numbered cause, by and through his Court-Appointed Attorney of Record, and makes and files this Motion for discovery of certain documents and records and would respectfully show as follows:

### I.

Defendant stands accused by Indictment in the above-entitled and-numbered cause of the alleged violation of the law as more fully set forth in the Indictment.

### II.

Defendant is entitled to production of the documents hereinafter specifically identified in order to avoid surprise at the time of trial and to permit the proper presentation of the Defendant's case at the time of trial and any defenses, which Defendant is entitled to claim.

The specific documents of which Defendant's attorney seeks copies are: copy of any and all written documents which may have been signed by Defendant from the date of arrest to the present date; copies of any and all written documents constituting any statement alleged to have been made by and signed by Defendant relating to this cause; a copy of the Indictment; a copy of any law enforcement offense report, specifically including offense report in writing made by any law enforcement authorities; copy of any written document constituting an arrest report by any law enforcement authorities; and copies of any document in typed or written from which THE STATE intends to offer into evidence at the time of trial of this cause in either the guilt phase of the trial or for the purposes of punishment in the event the Defendant is found guilty or for enhancement of said punishment in the event that Defendant may be found guilty; copy of any search warrant and/or arrest warrant executed in this cause and any affidavits supporting the issuance of any such warrant or warrants; any photographic or other

demonstrative or physical evidence; any statements of purported witnesses, whether in writing, tape recorded or videotaped, any statements by or interviews with Defendant, whether in writing, videotape or tape recorded or otherwise mechanically recorded and/or reproduced; any written reports of scientific examinations, findings or tests.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Honorable Court enter its order instructing THE STATE through the Hunt County District Attorney to immediately provide to Defendant's Court-Appointed Attorney, JACK L. PARIS, JR., copies of all of the documents and written materials specifically requested herein and to enter such other and further Orders to which Defendant may show himself to be justly entitled.

Respectfully submitted,

JACK L. PARIS, JR.
ATTORNEY AT LAW
3101 JOE RAMSEY BLVD., STE 101
P. O. BOX 8277
GREENVILLE, TEXAS 75404-8277
SBN 15461500
Telephone: (903) 455-5797
Fax: (903) 455-6205
COURT-APPOINTED
ATTORNEY FOR DEFENDANT,
**CORY HAYES PARKER**

## CERTIFICATE OF SERVICE

The undersigned Attorney hereby certifies that a true and correct copy of the foregoing Motion, has been delivered to Hon. Noble Walker, Hunt County District Attorney, Hunt County Courthouse, Greenville, Texas by hand delivery of same on this the 4th day of March 2013.

JACK L. PARIS, JR.

FILED

2013 MAY 20 PM 4: 28

THE STATE OF TEXAS § IN THE DISTRICT COURT

DISTRICT CLERK HUNT CO. TX

VS. § OF HUNT COUNTY, TEXAS

BY_____ AC DEPUTY

CORY HAYES PARKER § 196TH JUDICIAL DISTRICT

## EX PARTE MOTION FOR THE APPOINTMENT OF AN INVESTIGATOR

TO THE HONORABLE JUDGE OF SAID COURT:

COMES now Defendant, CORY HAYES PARKER, in the above-entitled and-numbered cause, and files this Motion ex parte for appointment of an investigator to assist him and his Court-Appointed counsel in the preparation of his defense and for good cause would respectfully show this Court as follows:

### I.

Defendant is entitled to appointment of an investigator for both facts and for the possibility of punishment phase of these proceedings.

### II.

It would be impossible for defense counsel to adequately investigate the facts of the case and to provide proper representation of Defendant in the function as legal counsel. Defendant respectfully requests that this Court appoint James J. Smith, Smith & Assoc. Investigations as investigator for Defendant in this case.

### III.

Due to the serious nature of the offense, it is imperative that an investigator be promptly appointed so that witnesses can be found well in advance of the trial and that a thorough and impartial investigation be made.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Honorable Court appoint a private investigator to assist him in the preparation of his defense, that the Court order the County Auditor of Hunt County, Texas to pay the cost of such investigative services, and for such other relief as the Court deems in the best interest of justice.

Respectfully Submitted,

Jack L. Paris, Jr., P.C.
Attorney at Law
P. O. Box 8277
Greenville, Texas 75404-8277
(903) 455.5797
(903) 455.6205 FAX

By: _____
Jack L. Paris, Jr.
State Bar No. 15461500
Court-Appointed Attorney For
CORY HAYES PARKER

## CERTIFICATE AS TO NON-SERVICE

I certify that this Motion has been presented, ex parte, to the Court. A copy has not been furnished to counsel for the State.

_____
Jack L. Paris, Jr.

Ex Parte Motion For Appointment of
An Investigator
Parker – 42253

CAUSE NO. 28,778
(And No. 28,779)

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | OF HUNT COUNTY, TEXAS |
| | § | |
| CORY HAYES PARKER | § | 196TH JUDICIAL DISTRICT |

AT FILED
MAY 2 1 2013
DISTRICT COURT, HUNT CO. TX

## EX PARTE ORDER APPOINTING A PRIVATE INVESTIGATOR FOR DEFENDANT

CAME on for consideration the Motion filed herein for the appointment of a private investigator to assist Defendant CORY HAYES PARKER and his Court-Appointed counsel herein in his defense of the allegations in the Indictments in this cause. The Court, having read and considered the Motion and being of the opinion that same is well taken and should be granted, hereby enters its Order accordingly:

IT IS ORDERED that James J. Smith, Smith & Assoc. Investigations (P. O. Box 9057, Greenville, Texas 75404) be and the said firm is hereby appointed as investigator to assist CORY HAYES PARKER and his Court-Appointed counsel, Jack L. Paris, Jr., in the defense of the allegations in the Indictments in this cause. Said appointment extends to investigative services with respect to guilt/innocence and, if necessary, to the punishment phase of the trial.

IT IS FURTHER ORDERED that this funding Order shall be for a total of (20) twenty professional hours of investigative time. Further funding authority, if needed, may be requested upon good cause shown.

IT IS ORDERED that said investigator shall be paid from the general funds of Hunt County, Texas upon periodic billings submitted by such investigator and approved by the presiding District Judge.

SIGNED this 21 day of May 2013.

_____
Hon. Stephen R. Tittle, Jr.
196th Judicial District Court

22

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| VS. | § | OF HUNT COUNTY, TEXAS |
| CORY HAYES PARKER | § | 196TH JUDICIAL DISTRICT |

## MOTION FOR PRODUCTION OF CURRENT CRIMINAL HISTORIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES now **CORY HAYES PARKER**, Defendant in the above-entitled and-numbered cause, who makes and files this his Motion for Production of Current Criminal Histories, and in support thereof would respectfully show unto the Court as follows:

### I.

Defendant and his counsel are in need of current criminal histories of all persons on the State's subpoena list in this cause for all prospective witnesses who are not (1) law enforcement personnel; (2) medical personnel; or (3) other expert witnesses.

Defendant and his counsel are also in need of a complete current criminal history of the Defendant, CORY HAYES PARKER.

### II.

Defendant requests that this Honorable Court order the Hunt County District Attorney to obtain and produce current criminal histories for each of the persons on the State's subpoena list in this cause for all prospective witnesses who are not (1) law enforcement personnel; (2) medical personnel; or (3) other expert witnesses. The Defendant further requests that this Honorable Court order the Hunt County District Attorney to obtain and produce complete current criminal history of Defendant, CORY HAYES PARKER. Defendant requests that all criminal histories be delivered to Defendant's Attorney of Record by a date certain. In that regard, Defendant would state that this case has been set for an interim appearance on October 23, 2013 at 9:00 a.m.

Motion For Production of CCH
Parker 12253

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant prays that upon hearing hereof, that this Honorable Court enter an Order granting the relief requested herein.

Respectfully submitted,

_____
JACK L. PARIS, JR.
ATTORNEY AT LAW
3101 JOE RAMSEY BLVD., STE 101
P. O. BOX 8277
GREENVILLE, TEXAS  75404-8277
SBN 15461500
Telephone: (903) 455-5797
Fax: (903) 455-6205
COURT-APPOINTED
ATTORNEY FOR DEFENDANT,
**CORY HAYES PARKER**

## CERTIFICATE OF SERVICE

The undersigned Attorney hereby certifies that a true and correct copy of the foregoing Motion, has been delivered to Hunt County District Attorney, Hunt County Courthouse, Greenville, Texas by hand delivery of same on this the 26th day of October 2013.

_____
JACK L. PARIS, JR.

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | OF HUNT COUNTY, TEXAS |
| | § | |
| CORY HAYES PARKER | § | 196TH JUDICIAL DISTRICT |

## EX PARTE MOTION FOR DISCONTINUANCE OF INVESTIGATIVE SERVICES PREVIOUSLY ORDERED

TO THE HONORABLE JUDGE OF SAID COURT:

On or about May 21, 2013, this Honorable Court, upon the Motion of Defendant, entered its Order appointing James J. Smith, Smith & Associates Investigations (P. O. Box 9057, Greenville, Texas 75404) as investigator to assist Defendant and his Court-Appointed counsel in the defense of the allegations set forth in the Indictments in these cases. Such investigator has provided such services as have been requested of him to date; however, because of the technical issues presented in this case and the volume of potential witnesses, medical evidence, and such, Defendant and counsel are in need of a greater level of expertise to assist in the investigation of many matters.

For that reason, Defendant respectfully requests that this Honorable Court discontinue the prior appointment of the said James J. Smith, Smith & Associates Investigations and to grant the separate Ex Parte Motion for Appointment of Substitute Investigator contemporaneously presented herewith. This request is in no way intended as a reflection upon the services rendered by the present investigator; this Motion is simply for the purpose of providing the most efficient and professional services in these particular cases.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Movant requests that this Honorable Court enter its Order in accordance with the foregoing allegations.

Ex Parte Motion for Discontinuance of
Investigative Services Previously Ordered
Parker – 42253

Page 1 of 2

SCANNED

25

Respectfully Submitted,

Jack L. Paris, Jr., P.C.
Attorney at Law
P. O. Box 8277
Greenville, Texas 75404-8277
(903) 455.5797
(903) 455.6205 FAX

By: _____
Jack L. Paris, Jr.
State Bar No. 15461500
Court-Appointed Attorney For
CORY HAYES PARKER

## CERTIFICATE AS TO NON-SERVICE

I certify that this Motion has been presented, ex parte, to the Court. A copy has not been furnished to counsel for the State.

_____
Jack L. Paris, Jr.

CAUSE NO. 28,778
(And CAUSE NO. 28,779)

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | OF HUNT COUNTY, TEXAS |
| | § | |
| CORY HAYES PARKER | § | 196TH JUDICIAL DISTRICT |

**EX PARTE MOTION FOR SUBSTITUTION APPOINTMENT OF AN INVESTIGATOR**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES now Defendant, CORY HAYES PARKER, in the above-entitled and-numbered causes, and files this Motion, ex parte for appointment of a substituted investigator to assist Defendant and his Court-Appointed counsel in the preparation of the defense in these cases and for good cause would respectfully show this Court as follows:

**I.**

Defendant is entitled to appointment of an investigator for both facts and for the possibility of punishment phase of these cases.

**II.**

It would be impossible for defense counsel to adequately investigate the facts of these cases and to provide proper representation of Defendant in the function of legal counsel. Investigation by Defendant's attorney would not be as efficient or cost effective as having those services professionally performed by a private investigator. Defendant respectfully requests that the Court appoint Mr. Randi Ray, RG Ray Investigations, Inc., 1650 W. Virginia, Suite 110, McKinney, Texas 75069 as investigator for Defendant in these cases. Defendant requests that the initial funding order for such private investigator be for fifty (50) hours at the rate of $60 per hour which is the customary rate approved for this particular investigator in multiple cases in Hunt County, including capital cases, due to the investigator's experience and expertise.

**III.**

Due to the serious nature of the offenses alleged in the Indictments numbered hereinabove, it is imperative that an investigator be promptly appointed so that a thorough investigation may be made prior to trial.

SCANNED

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Honorable Court appoint a substitute private investigator above-named to assist Defendant in the preparation of his defense, that the Court order the County Auditor of Hunt County, Texas to pay the cost of such investigative services upon the Court's approval of billings submitted by such investigator, and for such other relief as the Court deems in the best interest of justice.

Respectfully Submitted,

Jack L. Paris, Jr., P.C.
Attorney at Law
P. O. Box 8277
Greenville, Texas 75404-8277
(903) 455.5797
(903) 455.6205 FAX

By: _____
Jack L. Paris, Jr.
State Bar No. 15461500
Court-Appointed Attorney For
CORY HAYES PARKER

## CERTIFICATE AS TO NON-SERVICE

I certify that this Motion has been presented, ex parte, to the Court. A copy has not been furnished to counsel for the State.

_____
Jack L. Paris, Jr.

Ex Parte Motion For Substitution Appointment of
An Investigator
Parker – 42253

CAUSE NO. 28,778
(And CAUSE NO. 28,779)

AT FILED
OCT 16 2013
CLERK...
...DISTRICT COURT
...HUNT CO. TX

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | OF HUNT COUNTY, TEXAS |
| | § | |
| CORY HAYES PARKER | § | 196TH JUDICIAL DISTRICT |

## EX PARTE ORDER APPOINTING SUBSTITUTE PRIVATE INVESTIGATOR FOR DEFENDANT

CAME on for consideration the Motion filed herein for the appointment of Substitute Private Investigator to assist Defendant CORY HAYES PARKER and his Court-Appointed counsel herein in the defense of the allegations set forth in the Indictments in these cases. The Court, having read and considered the Motion and being of the opinion that same is well taken and should be granted, hereby enters its Order accordingly:

IT IS ORDERED that Randi Ray, RG Ray Investigations, Inc., 1650 W. Virginia, Suite 110, McKinney, Texas 75069 be and the said firm is hereby appointed as investigator to work at the direction of Defendant's attorney, Jack L. Paris, Jr. Said appointment extends to investigative services with respect to guilt/innocence and, if necessary, to any punishment phase of the trial.

IT IS FURTHER ORDERED that this initial funding Order shall be for a total of 50 professional hours of investigative time at the rate of $60 per hour. Further funding authority, if needed, may be requested upon good cause shown.

IT IS ORDERED that said investigator shall be paid from the general funds of Hunt County, Texas upon periodic billings submitted by such investigator and approved by the Presiding District Judge.

SIGNED this 15th day of October 2013.

_____
Hon. Stephen R. Tittle, Jr., Judge
196th Judicial District Court

29

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | OF HUNT COUNTY, TEXAS |
| | § | |
| CORY HAYES PARKER | § | 196TH JUDICIAL DISTRICT |

## EX PARTE ORDER DISCONTINUING PRIOR APPOINTMENT OF INVESTIGATOR

CAME on for consideration on the date hereinafter shown the Motion of Defendant CORY HAYES PARKER through his Court-Appointed attorney requesting the discontinuance of the prior appointment of the existing private investigator, and the Court having read and reviewed such Motion and having obtained such clarification as the Court required, the Court finds that such Motion should be granted.

IT IS ORDERED that the prior Motion of this Court dated May 21, 2013 appointing James J. Smith, Smith & Associates Investigations as private investigator to assist Defendant and his Court-Appointed counsel in this cause is discontinued effective as of this date.

IT IS FURTHER ORDERED that such investigator shall submit his billing for any uncompensated time pursuant to his prior appointment for payment from the general funds of Hunt County, Texas.

SIGNED this 15 day of October 2013.

_____
Hon. Stephen R. Tittle, Jr., Judge
196th Judicial District Court

30

**CAUSE NO. 28,779**

| | | |
|---|---|---|
| THE STATE OF TEXAS | AT F**I**§**L E D** M | IN THE DISTRICT COURT |
| VS. | § OCT 2 3 2013 | OF HUNT COUNTY, TEXAS |
| CORY HAYES PARKER | § CLERK, DISTRICT COURT, HUNT CO. TX | 196TH JUDICIAL DISTRICT |

## ORDER FOR PRODUCTION OF CURRENT CRIMINAL HISTORIES

On the 23rd day of October 2013, the Court heard Defendant's Motion requesting that the Hunt County District Attorney's office be ordered to furnish to Defendant's counsel current criminal histories of all persons on the State's subpoena list in this cause for all prospective witnesses who are not (1) law enforcement personnel; (2) medical personnel; or (3) other expert witnesses. The Court finds that the State of Texas did not interpose any objection to Defendant's oral Motion.

IT IS ORDERED that the Hunt County District Attorney's office shall furnish to Defendant's counsel, Jack L. Paris, Jr., no later than 4 o'clock p.m. on 11/1/13, complete current criminal histories of all prospective witnesses set forth in the State's Proposed Witness List filed herein (including any amendments or supplements thereto); provided, however, that this Order shall not extend to (1) law enforcement personnel; (2) medical personnel; or (3) other expert witnesses.

With respect to any person named in the State's Proposed Witness List as to whom the District Attorney's office does not have sufficient identifying information to timely comply with the foregoing Order, the IT IS FURTHER ORDERED with respect to each such witness that the Hunt County District Attorney shall furnish to Defendant's counsel, Jack L. Paris, Jr., a complete current criminal history at the time that any such witness is actually called to testify at the trial of this cause.

IT IS FURTHER ORDERED that the Hunt County District Attorney's office shall furnish to Defendant's counsel, Jack L. Paris, Jr., no later than 4 o'clock p.m. on 11/1/13, complete current criminal history of the Defendant, CORY HAYES PARKER.

SIGNED this 23rd day of October 2013.

_____
HON. STEPHEN R. TITTLE, JR., JUDGE
196TH JUDICIAL DISTRICT COURT

CAUSE NO. 28,779

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | OF HUNT COUNTY, TEXAS |
| | § | |
| CORY HAYES PARKER | § | 196TH JUDICIAL DISTRICT |

AT FILED
M
JUN 16 2014
CLERK, DISTRICT COURT, HUNT CO. TX

## DEFENDANT'S FIRST MOTION IN LIMINE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant **CORY HAYES PARKER**, by and through his Attorney of Record herein, prior to the voir dire examination of the jury panel and out of the presence and hearing of said jury panel, and makes this Motion In Limine, and for such Motion respectfully shows unto the Court the following:

### I.

The matters discussed in the following paragraphs are irrelevant, prejudicial, and/or incompetent to any of the material issues in the cause. The injection of such matters into the trial of these causes by any party, attorney, or witness would cause irreparable harm to the Defendant, which no instruction by the Court to the jury could cure. Should any of the matters be brought to the attention of the jury, directly or indirectly, Defendant would be compelled to move this Honorable Court for a mistrial immediately. Therefore, to avoid probable prejudice and a possible mistrial in these causes, Defendant moves the Court in limine as hereinafter set forth;

1. That the State of Texas and the Defendant, **CORY HAYES PARKER**, have ever engaged in any plea negotiations or entered into or attempted to enter into any plea bargain or agreement with respect to the disposition of this case;

2. That the Defendant **CORY HAYES PARKER**, has or ever had any affiliation or involvement with any "gang";

3. That the Defendant **CORY HAYES PARKER**, has ever previously illegally possessed, used or sold any controlled substances;

4. Any hearsay statements as to what any person might have testified had they been called as a witness of the trial of this case if any such person does not in fact testify at the time of trial;

Defendant's First Motion In Limine
Parker – 42253

5. The possible existence of a person alleged to possess relevant knowledge as to the allegations set forth in the Indictment in this case if any such person does not actually testify at the time of the trial of these causes;

6. That the Defendant, **CORY HAYES PARKER**, has ever been investigated, arrested, prosecuted, or convicted of any offense extraneous to the allegations contained in the Indictment in this cause:

7. That Defendant's present counsel in this cause or any investigator or any other professional has been court appointed to represent defendant or that the aforestated persons or any of them may be compensated from County or other public funds or "at the expense of the citizens of Hunt County;"

8. The fact, substance, or content of any alleged written, recorded or oral statement attributed to Defendant, **CORY HAYES PARKER**, alleged to have been made to any law enforcement or prosecutorial authority of the State of Texas until legal predicate and admissibility have been established out of the jury's presence;

9. That Defendant has ever sought the protection of the Court with respect to suppression or exclusion of any possible evidence, the contents of any such Motions by Defendant, or the rulings of the Court with respect to any such Motions;

10. The fact, number, or content of any pre-trial Motions or applications in this cause, the Court's rulings with respect to any pre-trial proceedings in this cause, or the fact or effect of the Court's failure to either grant or overrule any such Motion, i.e. to take any such matter "under advisement;"

11. That this Motion addressed to the Court was filed by the Defendant or that the Defendant sought from the Court the protection and any relief sought and set forth in this Motion In Limine or any Order in connection herewith; and

12. The Contents of this Motion and any Order pursuant hereto.

## II.

Defendant moves this Honorable Court to instruct all attorneys in this case, and to order them in turn to instruct all witnesses that they may call to testify in this case, not to interrogate about, mention, argue, or make any statements about or any references to or allusions to any of the foregoing matters of fact within the hearing of the jury or the jury panel or any prospective juror, without first obtaining the Court's expressed permission and authority, out of the hearing of the jury and the jury panel and all prospective jurors, to do so; and not read any pleadings, depositions or other papers concerning such matters without such prior permission of the Court.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, the Defendant prays that the Court grant this Motion in its entirety; that this Honorable Court grant the protection and relief herein sought by appropriate orders; and that the Honorable Court order such other and further relief to which Defendant may be justly entitled.

Respectfully submitted,

JACK L. PARIS, JR.
ATTORNEY AT LAW
3101 JOE RAMSEY BLVD., STE 101
P. O. BOX 8277
GREENVILLE, TEXAS 75404-8277
SBN 15461500
Telephone: (903) 455-5797
Fax: (903) 455-6205
ATTORNEY FOR DEFENDANT
**CORY HAYES PARKER**

## CERTIFICATE OF SERVICE

The Undersigned Attorney hereby certifies that a true and correct copy of the foregoing Motion, has been delivered to the Hunt County District Attorney, Hunt County Courthouse, Greenville, Texas on this the 9th day of June 2014.

JACK L. PARIS, JR.

CAUSE NO. 28,779

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| VS. | § | OF HUNT COUNTY, TEXAS |
| CORY HAYES PARKER | § | 196TH JUDICIAL DISTRICT |

## MOTION FOR PRODUCTION OF CURRENT CRIMINAL HISTORIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES now **CORY HAYES PARKER**, Defendant in the above-entitled and-numbered cause, who makes and files this his Motion for Production of Current Criminal Histories, and in support thereof would respectfully show unto the Court as follows:

### I.

Defendant and his counsel are in need of current criminal histories of all persons on the State's subpoena list in this cause for all prospective witnesses who are not (1) law enforcement personnel; (2) medical personnel; or (3) other expert witnesses.

Defendant and his counsel are also in need of a complete current criminal history of the Defendant, CORY HAYES PARKER and Co-Actors TIFFANY RENEE LEWIS, KELLIE LEA LOCKE, and BRETTNEE JOE LOCKE.

### II.

Defendant requests that this Honorable Court order the Hunt County District Attorney to obtain and produce current criminal histories for each of the persons on the State's subpoena list in this cause for all prospective witnesses who are not (1) law enforcement personnel; (2) medical personnel; or (3) other expert witnesses. The Defendant further requests that this Honorable Court order the Hunt County District Attorney to obtain and produce complete current criminal history of Defendant, CORY HAYES PARKER and Co-Actors TIFFANY RENEE LEWIS, KELLIE LEA LOCKE, and BRETTNEE JOE LOCKE. Defendant requests that all criminal histories be delivered to Defendant's Attorney of Record by a date certain.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Defendant prays that upon hearing hereof, that this Honorable Court enter an Order granting the relief requested herein.

Respectfully submitted,

JACK L. PARIS, JR.
ATTORNEY AT LAW
3101 JOE RAMSEY BLVD., STE 101
P. O. BOX 8277
GREENVILLE, TEXAS 75404-8277
SBN 15461500
Telephone: (903) 455-5797
Fax (903) 455-6205
ATTORNEY FOR DEFENDANT,
**CORY HAYES PARKER**

**CERTIFICATE OF SERVICE**

The undersigned Attorney hereby certifies that a true and correct copy of the foregoing Motion, has been delivered to Hunt County District Attorney, Hunt County Courthouse, Greenville, Texas by hand delivery of same on this the 9th day of June 2014.

JACK L. PARIS, JR.

Cause Nos. 28,778 & 28,779

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | OF HUNT COUNTY, TEXAS |
| | § | |
| CORY HAYES PARKER | § | 196TH JUDICIAL DISTRICT |

FILED
2014 JUN 16 AM 11: 47
DISTRICT CLERK
STACEY LANDRUM
HUNT CO. TX
DEPUTY

## STATE'S MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the State of Texas, by and through her District Attorney, Noble D. Walker, and moves the court to continue this cause, and in support of this motion shows:

### I.

These causes are set for trial on September 29, 2014 at 9:00 a.m. The case was indicted on January 25, 2013.

### II.

The State would ask these cases be reset on the next available jury setting after the week of September 29, 2014, except for the week of October 20, 2014 (Defense Counsel and Assistant District Attorney Calvin Grogan are scheduled to begin a capital murder jury trial that week). Texas Ranger Laura Simmons, the investigating officer, is unavailable the week of September 29, 2014, due to prepaid law enforcement training in Tennessee. Ranger Simmons will be teaching a law enforcement course and not be available. Ranger Simmons is a material witness for the State. Ranger Simmons, being duly served with a subpoena for this case several times, notified the Hunt County District Attorney's Office of the scheduling conflict today.

## III.

This motion is not made for the purpose of delay but in order that justice may be done.

WHEREFORE, the State of Texas hereby prays the Court grant this Motion and continue this cause until future setting of this Court.

Respectfully submitted,

_G Calvin Grogan_
G Calvin Grogan
Assistant District Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion for Continuance was served on Jack Paris, attorney of Record for the Defendant, on June 16, 2014 by placing a copy in his box in the Hunt County District Clerk's Office, pursuant to local rules.

_G Calvin Grogan_
G Calvin Grogan

## ORDER

The Court, having considered the above motion, and after hearing arguments from counsel, hereby orders that said motion be     GRANTED     DENIED.

_____
JUDGE PRESIDING

CAUSE NO. 28,778
(And No. 28,779)

FILED

2014 JUL 30 AM 9: 52

DISTRICT CLERK HUNT CO. TX

DEPUTY

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | OF HUNT COUNTY, TEXAS |
| | § | |
| CORY HAYES PARKER | § | 196TH JUDICIAL DISTRICT |

THE STATE OF TEXAS § IN THE DISTRICT COURT
§
VS. § OF HUNT COUNTY, TEXAS
§
CORY HAYES PARKER § 196TH JUDICIAL DISTRICT

## EX PARTE MOTION FOR THE APPOINTMENT OF AN INVESTIGATOR

TO THE HONORABLE JUDGE OF SAID COURT:

COMES now Defendant, CORY HAYES PARKER, in the above-entitled and-numbered cause, and files this Motion ex parte for appointment of an investigator to assist him and his Court-Appointed counsel in the preparation of his defense and for good cause would respectfully show this Court as follows:

I.

Defendant is entitled to appointment of an investigator for both fact investigation and for the possibility of punishment phase of these proceedings. The Court previously appointed an investigator, but due to other commitments, he is unable to do the investigation required.

II.

It would be impossible for defense counsel to adequately investigate the facts of the case and to provide proper representation of Defendant in the function as legal counsel. Defendant respectfully requests that this Court appoint Justin Kirkham, Kirkham Investigations LLC, as investigator for Defendant in this case.

Ex Parte Motion For Appointment of
An Investigator
Parker – 42253

Page 1 of 3

40

## III.

Due to the serious nature of the offense, it is imperative that an investigator be promptly appointed so that witnesses can be found well in advance of the trial and that a thorough and impartial investigation be made.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Honorable Court appoint a private investigator to assist him in the preparation of his defense, that the Court order the County Auditor of Hunt County, Texas to pay the cost of such investigative services, and for such other relief as the Court deems in the best interest of justice.

Respectfully Submitted,

Jack L. Paris, Jr., P.C.
Attorney at Law
P. O. Box 8277
Greenville, Texas 75404-8277
(903) 455.5797
(903) 455.6205 FAX

By: _____
Jack L. Paris, Jr.
State Bar No. 15461500
Court-Appointed Attorney For
CORY HAYES PARKER

## CERTIFICATE AS TO NON-SERVICE

I certify that this Motion has been presented, ex parte, to the Court. A copy has not been furnished to counsel for the State.

_____
Jack L. Paris, Jr.

Ex Parte Motion For Appointment of
An Investigator
Parker – 42253

Page 2 of 2

41

CAUSE NO. 28,778
(And No. 28,779)

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | DISTRICT CLERK HUNT CO. TX |
| VS. | § | OF HUNT COUNTY, TEXAS |
| | § | BY_____ DEPUTY |
| CORY HAYES PARKER | § | 196TH JUDICIAL DISTRICT |

## EX PARTE ORDER APPOINTING A PRIVATE INVESTIGATOR FOR DEFENDANT

CAME on for consideration the Motion filed herein for the appointment of a private investigator to assist Defendant CORY HAYES PARKER and his Court-Appointed counsel herein in his defense of the allegations in the Indictments in this cause. The Court, having read and considered the Motion and being of the opinion that same is well taken and should be granted, hereby enters its Order accordingly:

IT IS ORDERED that Justin Kirkham, Kirkham Investigations, LLC, (P. O. Box 8277, Greenville, Texas 75404-8277, Phone Number: 972.740.0268) be and the said firm is hereby appointed as investigator to assist CORY HAYES PARKER and his Court-Appointed counsel, Jack L. Paris, Jr., in the defense of the allegations in the Indictments in this cause. Said appointment extends to investigative services with respect to guilt/innocence and, if necessary, to the punishment phase of the trial.

IT IS FURTHER ORDERED that this funding Order shall be for a total of 30 professional hours of investigative time. Further funding authority, if needed, may be requested upon good cause shown.

IT IS ORDERED that said investigator shall be paid from the general funds of Hunt County, Texas upon periodic billings submitted by such investigator and approved by the presiding District Judge.

SIGNED this 30 day of July 2014.

_____
Hon. Stephen R. Tittle, Jr.
196th Judicial District Court



FILED AT_____ M

AUG 04 2014

CAUSE NO. 28,779

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| VS. | § | OF HUNT COUNTY, TEXAS |
| CORY HAYES PARKER | § | 196TH JUDICIAL DISTRICT |

## ORDER FOR PRODUCTION OF CURRENT CRIMINAL HISTORIES

On the 4th day of *Aug.* 2014, the Court heard Defendant's Motion requesting that the Hunt County District Attorney's office be ordered to furnish to Defendant's counsel current criminal histories of all persons on the State's subpoena list in this cause for all prospective witnesses who are not (1) law enforcement personnel; (2) medical personnel; or (3) other expert witnesses. The Court finds that the State of Texas did not interpose any objection to Defendant's oral Motion.

IT IS ORDERED that the Hunt County District Attorney's office shall furnish to Defendant's counsel, Jack L. Paris, Jr., no later than 4 o'clock p.m. on _8-11-2014_, complete current criminal histories of all prospective witnesses set forth in the State's Proposed Witness List filed herein (including any amendments or supplements thereto); provided, however, that this Order shall not extend to (1) law enforcement personnel; (2) medical personnel; or (3) other expert witnesses.

With respect to any person named in the State's Proposed Witness List as to whom the District Attorney's office does not have sufficient identifying information to timely comply with the foregoing Order, IT IS FURTHER ORDERED with respect to each such witness that the Hunt County District Attorney shall furnish to Defendant's counsel, Jack L. Paris, Jr., a complete current criminal history at the time that any such witness is actually called to testify at the trial of this cause.

IT IS FURTHER ORDERED that the Hunt County District Attorney's office shall furnish to Defendant's counsel, Jack L. Paris, Jr., no later than 4 o'clock p.m. on _8-11-2014_ complete current criminal history of the Defendant, CORY HAYES PARKER.

IT IS FURTHER ORDERED that the Hunt County District Attorney's office shall furnish to Defendant's counsel, Jack L. Paris, Jr., no later than 4 o'clock p.m. on

Order For Production of CCH
Parker – 42253

Page 1 of 2

43

_8-11-2014_, complete current criminal histories of co-actors TIFFANY RENEE LEWIS, KELLIE LEA LOCKE, and BRETTNEE JOE LOCKE.

SIGNED this _4_ day of August 2014.

_Presiding_ HON. STEPHEN R. TITTLE, JR., JUDGE
196TH JUDICIAL DISTRICT COURT

ORIGINAL

CAUSE NO. 28,779

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| VS. | § | OF HUNT COUNTY, TEXAS |
| CORY HAYES PARKER | § | 196TH JUDICIAL DISTRICT |

## ORDER GRANTING STATE'S MOTION FOR CONTINUANCE

CAME on to be considered on the date hereinafter shown the State's Motion for Continuance filed on June 16, 2014 on behalf of the State of Texas and good cause appearing to the Court for the matter to be continued for trial, the Court enters its Orders accordingly.

IT IS ORDERED that this cause be and it is hereby continued from its present jury setting of September 29, 2014.

IT IS ORDERED that this cause be and it is hereby reset for jury selection on the _3_ day of __NOV.__ 2014 at 9:00 a.m.

IT IS FURTHER ORDERED that this cause be and it is hereby reset for further pretrial on the _28_ day of __October__ 2014 at 9:00 a.m.

SIGNED this ____ day of August 2014.

Presiding

_HON. STEPHEN R. TITTLE, JR._, JUDGE
196th Judicial District Court

45

CAUSE NO. 28,779

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS | § | OF HUNT COUNTY, TEXAS |
| | § | |
| COREY HAYES PARKER | § | 196th JUDICIAL DISTRICT |

FILED
2015 MAR 18 9:42
DISTRICT CLERK HUNT COUNTY
BY _____ DEPUTY

## STATE'S AMENDED SUPPLEMENTAL DESIGNATION OF EXPERT WITNESSES

### TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the State of Texas in the above styled and numbered cause and presents this notice of the State's Designation of Expert Witnesses for direct examination in this case:

1. **Tim Counts,** Forensic Scientist IV (firearm & tool marks examiner) - Expert in bullet trajectory & distance determinations, trained NIBIN Technician

2. **Inv. Tommy Grandfield, Hunt County Sheriff's Office**
   Certified in Advanced Hostage Negotiation by North Central Texas Council of Governments Regional Police Academy in 2003, Advanced Peace Officer Certification by TCLEOSE in 2006, Certified in Basic Hostage Negotiation by North Central Texas Council of Governments Regional Police Academy in 2003 & 2007, Certified in Basic Crisis Negotiation by Arlington Police Department Training Division in 2005, Certified in Basic SWAT Course by North Central Texas Council of Governments Regional Police Academy in 1999

3. **Inv. Joel Gibson, Hunt County Sheriff's Office**
   Certified in Advanced Hostage Negotiation by North Central Texas Council of Governments Regional Police Academy in 2003, Advanced Peace Officer Certification by TCLEOSE in 2006, Certified in Basic Hostage Negotiation by North Central Texas

46

Council of Governments Regional Police Academy in 2003 & 2007, Certified in Basic Crisis Negotiation by Arlington Police Department Training Division in 2005

4. **Inv. Roger Seals, Hunt County Sheriff's Office**
Certified Peace Officer, Received TCLEOSE training in crime scene investigation (Basic and Intermediate), expert in law enforcement techniques

5. **Sgt. Laura Simmons, Texas Rangers – Company B**
Certified Master Peace Officer, Received TCLEOSE training in crime scene investigation (Basic, Intermediate, and Advanced), expert in law enforcement techniques

6. **Sgt. Mike Radney, Hunt County Sheriff's Office**
Certified Firearms Instructor, knowledgeable in basic gun safety rules

7. **Inv. Mike Johnston, Greenville Police Department**
Comparison Fingerprint expert

Respectfully submitted,

_G Calvin Grogan V_
G Calvin Grogan V
Assistant District Attorney
Hunt County
State Bar Number 24050695

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Designation of Expert Witnesses has been delivered to Jack Paris, counsel for Defendant, via the Hunt County Courthouse mailbox pursuant to local rules, on this the 18th day of March, 2015.

G Calvin Grogan V



CAUSE NO. 28,779

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| VS | § | OF HUNT COUNTY, TEXAS |
| | § | |
| COREY HAYES PARKER | § | 196th JUDICIAL DISTRICT |

<u>STATE'S 3rd SUPPLEMENTAL DESIGNATION OF EXPERT WITNESSES</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the State of Texas in the above styled and numbered cause and presents this notice of the State's Designation of Expert Witnesses for direct examination in this case:

1. **Tim Counts,** Forensic Scientist IV (firearm & tool marks examiner) - Expert in bullet trajectory & distance determinations, trained NIBIN Technician

2. **Inv. Tommy Grandfield, Hunt County Sheriff's Office** Certified in Advanced Hostage Negotiation by North Central Texas Council of Governments Regional Police Academy in 2003, Advanced Peace Officer Certification by TCLEOSE in 2006, Certified in Basic Hostage Negotiation by North Central Texas Council of Governments Regional Police Academy in 2003 & 2007, Certified in Basic Crisis Negotiation by Arlington Police Department Training Division in 2005, Certified in Basic SWAT Course by North Central Texas Council of Governments Regional Police Academy in 1999

3. **Inv. Joel Gibson, Hunt County Sheriff's Office** Certified in Advanced Hostage Negotiation by North Central Texas Council of Governments Regional Police Academy in 2003, Advanced Peace Officer Certification by TCLEOSE in 2006, Certified in Basic Hostage Negotiation by North Central Texas

49

Council of Governments Regional Police Academy in 2003 & 2007, Certified in Basic Crisis Negotiation by Arlington Police Department Training Division in 2005

4. **Inv. Roger Seals, Hunt County Sheriff's Office**
   Certified Peace Officer, Received TCLEOSE training in crime scene investigation (Basic and Intermediate), expert in law enforcement techniques

5. **Sgt. Laura Simmons, Texas Rangers – Company B**
   Certified Master Peace Officer, Received TCLEOSE training in crime scene investigation (Basic, Intermediate, and Advanced), expert in law enforcement techniques

6. **Sgt. Mike Radney, Hunt County Sheriff's Office**
   Certified Firearms Instructor, knowledgeable in basic gun safety rules

7. **Inv. Mike Johnston, Greenville Police Department**
   Comparison Fingerprint expert

8. **Dr. Thomas Alonzo West, Medical Center of Plano**
   General Surgeon, Capable of Interpreting Blood Test Results

Respectfully submitted,

G Calvin Grogan V
Assistant District Attorney
Hunt County
State Bar Number 24050695

50

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Designation of Expert

Witnesses has been delivered to Jack Paris, counsel for Defendant, via the

Hunt County Courthouse mailbox pursuant to local rules, on this the 17th

day of June, 2015.

_____
G Calvin Grogan V

CAUSE NO. 28,779

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | OF HUNT COUNTY, TEXAS |
| | § | |
| CORY HAYES PARKER | § | 196TH JUDICIAL DISTRICT |

**ORDER ON DEFENDANT'S FIRST MOTION IN LIMINE**

CAME ON TO BE HEARD on the 20 day of JULY 2015, the Motion in Limine filed herein by Defendant, **CORY HAYES PARKER**, by and through his Attorney herein, and the Court, having read and considered said Motion and having heard such argument of Counsel as was presented concerning said Motion, is of the opinion that such matters as set forth in paragraph I of the Defendant's Motion should be sustained or overruled as indicated hereinbelow:

IT IS ORDERED that the following numbered paragraphs of paragraph I of the Defendant's Motion in Limine be sustained or overruled as hereinbelow indicated:

|  | Sustained | Overruled |
|---|---|---|
| Paragraph (1) | ✓ | |
| Paragraph (2) | ✓ | |
| Paragraph (3) | ✓ | |
| Paragraph (4) | ✓ | |
| Paragraph (5) | ✓ | |
| Paragraph (6) | ✓ | |
| Paragraph (7) | ✓ | |
| Paragraph (8) | ✓ | |
| Paragraph (9) | ✓ | |
| Paragraph (10) | ✓ | |
| Paragraph (11) | ✓ | |
| Paragraph (12) | ✓ | |

IT IS ORDERED that all Attorneys of Record in this cause or appearing herein not interrogate about, mention, argue, or make any statements about or references to or allusions to any of the foregoing matters of fact which have hereinabove been sustained, within the hearing

of the jury or of the jury panel, or of any prospective juror without first obtaining the Court's express permission or authority, out of the hearing of the jury or jury panel or any prospective jurors, to do so and that they be further instructed not to read any pleadings, depositions, and other papers concerning such matters without such prior permission of the court, and that each such attorney is ordered to instruct all witnesses they call to testify in this cause as to the existence of this Order and its content and effect and each such witnesses' obligations thereunder.

SIGNED this **20** day of ~~June 2014~~ JULY 2015.

HON. STEPHEN R. TITTLE, JR., JUDGE
196th Judicial District Court

PANEL LIST       A1
LIST NO.  598  OF THE PETIT JURORS TO REPORT ON 20th DAY OF July      2015, at 09:30 A.M.
FOR THE HUNT COUNTY DISTRICT COURT      OF    HUNT COUNTY      , TEXAS

NO. SHFL  NAME                DOB    PRCT  ADDRESS          ST ZIP

**No SHOW**  1    8  WEAVER BRIAN PATRICK           2309 WASHINGTON ST APT 505
                         (    1)            COMMERCE          TX 75428

**CAUSE**  2   22  ELMORE JUSTIN DEWAYNE          1331 SIGNAL RD
                         (    3)            QUINLAN          TX 75474

        3   44  IRVAN CECELIA ANN             4353 COUNTY ROAD 3321
---------              (   10)      323  GREENVILLE        TX 75402

        4   53  AVEKOE SHIRLEY COUNCIL        2609 I-30 E
---------              (   18)      325  GREENVILLE        TX 75402

        5   75  BAINBRIDGE ZACHARY BRIAN      8912 COUNTY ROAD 2472
---------              (   20)      217  ROYSE CITY        TX 75189

**PS**   6   42  GRIBBLE HAROLD RAY            400 CADDO
---------              (   35)      320  WEST TAWAKONI     TX 75474

**Excused**  7   61  HABBEN LANA MARIE             1830 CR 2712
                         (   39)      215  CADDO MILLS       TX 75135

**CAUSE**  8   68  MAY PHILIP WAYNE              6464 FM 1565
                         (   41)      216  ROYSE CITY        TX 75189

**Cause**  9   76  SMITH BARRY DALE              131 RANCHO RD
                         (   45)      323  QUINLAN          TX 75474

       10   11  NATION AMY MICHELLE           3070 COUNTY ROAD 3110
                         (   50)      325  GREENVILLE        TX 75402

       11   87  MASON RACHEL MICHELLE         7312 CAROL DR
                         (   51)      107  GREENVILLE        TX 75402

**CAUSE** 12   86  MAYBERRY WILLIAM ASHLEY       6364 CR 4102
                         (   54)            GREENVILLE        TX 75401

**Cause** 13   96  ALLISON JOEY ALLEN            6511 A SAYLE ST
                         (   67)      212  GREENVILLE        TX 75402

**PS**  14   19  STEVENS SCOTT ROBERT          3154 RIDGEVIEW RD
                         (   68)      215  CADDO MILLS       TX 75135

       15   24  MCMINN JIMMY JOE              507 TURTLE CREEK DRIVE
                         (   81)            GREENVILLE        TX 75402

       16   29  FIELDS LARRY DEAN JR          3896 COUNTY ROAD 3322
                         (   87)      324  GREENVILLE        TX 75402

**PS**  17   67  MOCK ROSS EUGENE             2003 JOSHUA
                         (   88)      215  CADDO MILLS       TX 75135

**Cause** 18   54  MICKLER JOHN CHRISTOPHER      3120 FM 499
                         (   93)            GREENVILLE        TX 75401

State's List

AT **FILED** PM
JUL 20 2015

CLERK, DISTRICT COURT, HUNT CO TX

| NO. | SHFL | NAME | DOB | PRCT | ADDRESS | ST | ZIP |
|---|---|---|---|---|---|---|---|
| 19 | 49 | HIGGINS WILLIAM HOWARD ( 98) | | 320 | 2154 WRIGHT WAY QUINLAN | TX | 75474 |
| 20 | 91 | STEWART SCOTT F ( 100) | | 109 | 5706 COUNTY ROAD 1120 FARMERSVILLE | TX | 75442 |
| PS 21 | 95 | WILLIAMS BILLY DOYLE ( 102) | | | 4009 PEPERPORT DR GREENVILLE | TX | 75401 |
| 22 | 10 | AYERS EDDIE DEAN ( 103) | | 108 | 50002 ZORA DR GREENVILLE | TX | 75402 |
| 23 | 47 | EASLEY WILEY ( 107) | | 101 | 4660 FM 36 N. CELESTE | TX | 75423 |
| PS 24 | 43 | HAMMOND STACIE MAY ( 110) | | | 1334 KAITLYNN CT CADDO MILLS | TX | 75135 |
| 25 | 26 | SMITH MARGARET ANN ( 112) | | 321 | 10539 GAILLARD WOODS WILLS POINT | TX | 75169 |
| PS 26 | 93 | EDWARDS ZACHARY JAMES ( 118) | | 428 | 3358 COUNTY ROAD 4408 COMMERCE | TX | 75428 |
| PS 27 | 4 | HANNAH TINA RENE ( 122) | | 319 | 5448 COUNTY ROAD 3214 LONE OAK | TX | 75453 |
| CAuse 28 | 48 | WHITEHEAD JOHN ARTHUR ( 128) | | | 5041 CR-2714 CADDO MILLS | TX | 75135 |
| CAuse 29 | 52 | TEAGUE ALBERT WESTLY ( 131) | | 210 | 1832 PRIVATE ROAD 2737 CADDO MILLS | TX | 75135 |
| CAuse 30 | 32 | WILLIS BRYAN DOSS ( 132) | | 212 | 131 SHAWNEE ST GREENVILLE | TX | 75402 |
| CAuse 31 | 79 | SMITH REBECCA LEE ( 133) | | 432 | 8537 COUNTY ROAD 4902 WOLFE CITY | TX | 75496 |
| CAuse 32 | 97 | WILLY PATRICIA LAVERNE ( 135) | | 321 | 10923 LAKESIDE DR QUINLAN | TX | 75474 |
| 33 | 69 | WALLACE VIVIAN CLAIRE ( 139) | | 321 | 10469 APACHE WILLS POINT | TX | 75169 |
| EXCUSED 34 | 85 | HERMOSILLIO CYNTHIA ( 142) | | 427 | 313 STERLING HART DR COMMERCE | TX | 75428 |
| PS 35 | 50 | MORRIS JOHNNY EARL ( 144) | | 433 | 1509 REED GREENVILLE | TX | 75401 |
| CAuse 36 | 35 | WATTERS STEVEN PAUL ( 151) | | | 5005 CANTON GREENVILLE | TX | 75402 |

55

| | NO. | SHFL | NAME | DOB | PRCT | ADDRESS | ST | ZIP |
|---|---|---|---|---|---|---|---|---|
| | 37 | 56 | JONES TERRY THOMAS ( 154) | | 324 | 2944 COUNTY ROAD 3311 GREENVILLE | TX | 75402 |
| | 38 | 98 | WRIGHT NATALEE TALOR ( 162) | | 215 | 2506 RIDGECREST CADDO MILLS | TX | 75135 |
| CAUSE | 39 | 1 | GRANDFIELD JANET TAYLOR ( 165) | | 108 | 2012 WALWORTH ST GREENVILLE | TX | 75401 |
| PS | 40 | 55 | GRAY BRANDON TYLER ( 166) | | | 5808 LEE ST GREENVILLE | TX | 75401 |
| | 41 | 14 | OLSON LARRY GORDON ( 167) | | 323 | 4929 FM 2947 GREENVILLE | TX | 75402 |
| CAUSE | 42 | 15 | BAIN JOEL DEAN ( 179) | | | 10099 APACHE QUINLAN | TX | 75474 |
| CAUSE | 43 | 34 | JONES INGRID GURINA ( 183) | | 428 | 3915 COUNTY ROAD 4429 COMMERCE | TX | 75428 |
| | 44 | 62 | LITTLE MERLE LEE ( 186) | | | 2365 CR 1112 FARMERSVILLE | TX | 75442 |
| CAUSE | 45 | 51 | TAYLOR BRADLEY JOE ( 187) | | 215 | 2020 SETH CIR ROYSE CITY | TX | 75189 |
| CAUSE | 46 | 74 | GRAHL BRUCE ALLAN ( 188) | | | 3206 NASHVILLE AVE GREENVILLE | TX | 75402 |
| CAUSE | 47 | 27 | IVEY AMY LANNETTE ( 189) | | 214 | P O BOX 1064 QUINLAN | TX | 75474 |
| | 48 | 78 | VANDERGRIFF JERRY DON ( 190) | | 428 | 5311 COUNTY ROAD 4506 COMMERCE | TX | 75428 |
| PS | 49 | 66 | HAWKINS RILEY SHAQUILLE MARQUI ( 191) | | 108 | 4214 JOHNSON ST GREENVILLE | TX | 75401 |
| CAUSE | 50 | 70 | JOYNER AUDREY ANN ( 203) | | 108 | 2102 DIVISION ST GREENVILLE | TX | 75401 |
| | 51 | 37 | OFFERMAN LOIS CRETCHER ( 204) | | | 2900 ROBIN RD APT 1001 GREENVILLE | TX | 75402 |
| CAUSE | 52 | 30 | SAVAGE TIMOTHY BERNARD ( 206) | | | 2608 WELLINGTON GREENVILLE | TX | 75401 |
| CAUSE | 53 | 100 | NULL HEATHER LYNN ( 208) | | 216 | 6911 PRIVATE ROAD 2525 ROYSE CITY | TX | 75189 |
| CAUSE | 54 | 7 | DRAUGHN ROBERT DEWITT ( 209) | | 428 | 2210 CHARITY COMMERCE | TX | 75428 |

| NO. | SHFL | NAME | DOB | PRCT | ADDRESS | ST | ZIP |
|-----|------|------|-----|------|---------|----|----|
| 55 | 33 | MILLER JOSHUA THOMAS ( 211) | | | 1016 CLARK ST GREENVILLE | TX | 75401 |
| 56 | 83 | PRATHER HEATHER MICHELLE ( 212) | | 323 | 1617 SIGNAL RD QUINLAN | TX | 75474 |
| 57 | 28 | EVANS CHARLES WOODFIN ( 215) | | | 3900 SUNHILL DR GREENVILLE | TX | 75402 |
| 58 | 77 | ACKER TROY HARRISON ( 217) | | 319 | P O BOX 515 LONE OAK | TX | 75453 |
| 59 | 89 | STEWART DEBORAH HOLMES ( 218) | | | 9943 COUNTY RD 2440 ROYSE CITY | TX | 75189 |
| 60 | 36 | ELMORE CODY RYAN ( 224) | | 319 | 4814 FM 513 S LONE OAK | TX | 75453 |
| 61 | 3 | VENABLE STACY LYNN ( 244) | | 319 | 4963 CR 3403 LONE OAK | TX | 75453 |
| 62 | 81 | CONRAD MATTHEW JAMES-WINDWAL ( 251) | | 214 | 550 PRIVATE ROAD 2308 QUINLAN | TX | 75474 |
| 63 | 92 | GONZALEZ MARY ROSA ( 255) | | 106 | 4224 KING ST APT 156 GREENVILLE | TX | 75401 |
| 64 | 25 | PHIFER PAUL FRANKLIN ( 258) | | 320 | 516 PAWNEE TRL WEST TAWAKONI | TX | 75474 |
| 65 | 18 | SMITH CYNTHIA ANN ( 260) | | | 4549 MARIAN LANE ROYSE CITY | TX | 75189-4885 |
| 66 | 45 | STOWERS LESIA KAY ( 265) | | 211 | 3788 CR 2184 GREENVILLE | TX | 75402 |
| 67 | 40 | NORRIS EDDIE LEE ( 270) | | 427 | 1803 CHURCH COMMERCE | TX | 75428 |
| 68 | 84 | TREVINO RICKY HERNANDEZ ( 273) | | | 4626 COUNTY RD 4206 CAMPBELL | TX | 75422 |
| 69 | 17 | HAGAR JACQUELINE LOUISE ( 280) | | 109 | 1033 COUNTY ROAD 1118 GREENVILLE | TX | 75401 |
| 70 | 12 | KETNER FREDDIE JOE ( 284) | | 428 | 421 STATE HWY 224 COMMERCE | TX | 75428 |
| 71 | 5 | DOYLE STACIE KAY ( 286) | | 213 | 4756 COUNTY ROAD 2216 CADDO MILLS | TX | 75135 |
| 72 | 64 | WOODMANSEE KENT LEE ( 287) | | 434 | 3477 COUNTY ROAD 4106 GREENVILLE | TX | 75401 |

NO. SHOW (handwritten, next to row 57)

CAUSE (handwritten, next to row 59)

57

PANEL LIST          A1
     LIST NO.  598  OF THE PETIT JURORS TO REPORT ON 20th DAY OF July       2015, at 09:30 A.M.
     FOR THE HUNT COUNTY DISTRICT COURT        OF   HUNT COUNTY          , TEXAS

| NO. | SHFL | NAME | DOB | PRCT | ADDRESS | ST | ZIP |
|---|---|---|---|---|---|---|---|
| 73 | 63 | FROST JACK ARTHUR ( 293) | | 431 | 5921 FM 118 GREENVILLE | TX | 75401 |
| 74 | 39 | JACKSON BILLY GENE ( 294) | | | 2310 COUNTY ROAD 3517 QUINLAN | TX | 75474 |
| 75 | 99 | JERNIGAN BENITA KAY ( 298) | | 102 | P O BOX 210 WOLFE CITY | TX | 75496 |
| 76 | 21 | PEREZ ALORA DANIELLE ( 300) | | 101 | 603 E FM 272 CELESTE | TX | 75423 |
| 77 | 82 | BRYAN JACQUELYN KAY ( 306) | | 211 | 1074 FM 1903 GREENVILLE | TX | 75402 |
| 78 | 72 | LINDSEY JOSHUA THOMAS ( 314) | | | 2718 CR 2512 QUINLAN | TX | 75474 |
| 79 | 2 | STANLEY TONI MICHELLE ( 315) | | 214 | 6966 CR 2532 QUINLAN | TX | 75474 |
| 80 | 88 | FIELDS MITCHELL RAY ( 316) | | 433 | 5009 MCDOUGAL GREENVILLE | TX | 75401 |
| 81 | 60 | CONRAD CAROL REYNOLDS ( 326) | | 214 | 550 PRIVATE ROAD 2308 QUINLAN | TX | 75474 |
| 82 | 9 | FLENER TONYA RENEE ( 329) | | | 220 CONTI DR QUINLAN | TX | 75474 |
| 83 | 20 | PLETCHER BRADLEY R ( 330) | | 325 | 609 TURTLE CREEK DR GREENVILLE | TX | 75402 |
| 84 | 6 | LOMAX STEVEN BRENNEN ( 332) | | | 4115 JOE RAMSEY BLVD APT 223 GREENVILLE | TX | 75401 |
| 85 | 71 | WIGGINS KELLEY ALANE ( 339) | | 102 | 802 EDGEWOOD ST WOLFE CITY | TX | 75496 |
| 86 | 16 | SPRADLIN RYAN ALLEN ( 342) | | 210 | 1711 FM 36 S CADDO MILLS | TX | 75135 |
| 87 | 80 | HOOPER-VANCLEVE MARY ELIZABE ( 347) | | | 2057 CR 2546 QUINLAN | TX | 75474 |
| 88 | 38 | RUTHERFORD DAVID MICHAEL ( 348) | | | 333 PR 2308 QUINLAN | TX | 75474 |
| 89 | 13 | GILL DANIEL LOUIS ( 351) | | 323 | 2167 HIDEAWAY LN QUINLAN | TX | 75474 |
| 90 | 59 | VAUGHAN DAVID LYNN ( 358) | | 325 | 611 DEER DR GREENVILLE | TX | 75402 |

58

PANEL LIST          A1
LIST NO.   598   OF THE PETIT JURORS TO REPORT ON 20th DAY OF July        2015, at 09:30 A.M.
FOR THE HUNT COUNTY DISTRICT COURT          OF   HUNT COUNTY          , TEXAS

| | NO. | SHFL | NAME | DOB | PRCT | ADDRESS | ST | ZIP |
|---|---|---|---|---|---|---|---|---|
| | 91 | 57 | PENCE ERIN ANDREW | | | 8833 WHISKERS RD | | |
| -------- | | | ( 367) | | 320 | QUINLAN | TX | 75474 |
| | 92 | 65 | ALEXANDER VIRGINIA ANN | | | 3238 COUNTY ROAD 4105 | | |
| -------- | | | ( 371) | | 430 | GREENVILLE | TX | 75401 |
| | 93 | 23 | WADE JACK E | | | 1359 COUNTY ROAD 2178 | | |
| -------- | | | ( 373) | | 211 | GREENVILLE | TX | 75402 |
| | 94 | 31 | COLE HUBBARD LEE | | | 1402 KING ST | | |
| -------- | | | ( 374) | | 433 | GREENVILLE | TX | 75401 |
| | 95 | 90 | CRAWFORD CLAY KYLE | | | 5087 COUNTY ROAD 2591 | | |
| -------- | | | ( 377) | | 216 | ROYSE CITY | TX | 75189 |
| | 96 | 46 | PHILLIPS TODD ALLEN | | | 506 E FM 272 | | |
| -------- | | | ( 385) | | 101 | CELESTE | TX | 75423 |
| | 97 | 58 | PLUMB JENNIFER MARIE | | | 4018 PEPPERPORT DR | | |
| -------- | | | ( 388) | | | GREENVILLE | TX | 75402 |
| | 98 | 94 | STOGNER DIALLO N | | | 221 MILL ST | | |
| -------- | | | ( 393) | | 319 | LONE OAK | TX | 75453 |
| | 99 | 73 | SEPHUS RICKEY LEROY | | | 1208 SPEEDWAY ST | | |
| -------- | | | ( 394) | | | GREENVILLE | TX | 75401 |
| | 100 | 41 | DEGARSO BRIAN KEITH | | | 172 COUNTY ROAD 2186 | | |
| -------- | | | ( 395) | | 211 | GREENVILLE | TX | 75402 |

+++++++++++++++++++++++++++++
* TOTAL PRINTED =       100 *
+++++++++++++++++++++++++++++

LIST NO.  598  OF THE PETIT JURORS TO REPORT ON 20th DAY OF July     2015, at 09:30 A.M.
FOR THE HUNT COUNTY DISTRICT COURT     OF   HUNT COUNTY          , TEXAS

| NO. | SHFL | NAME | DOB | PRCT | ADDRESS | ST ZIP |
|---|---|---|---|---|---|---|
| 1 | 8 | WEAVER BRIAN PATRICK ( 1) | | | 2309 WASHINGTON ST APT 505 COMMERCE | TX 75428 |
| 2 | 22 | ELMORE JUSTIN DEWAYNE ( 3) | | | 1331 SIGNAL RD QUINLAN | TX 75474 |
| 3 | 44 | IRVAN CECELIA ANN ( 10) | | 323 | 4353 COUNTY ROAD 3321 GREENVILLE | TX 75402 |
| 4 | 53 | AVEKOE SHIRLEY COUNCIL ( 18) | | 325 | 2609 I-30 E GREENVILLE | TX 75402 |
| 5 | 75 | BAINBRIDGE ZACHARY BRIAN ( 20) | | 217 | 8912 COUNTY ROAD 2472 ROYSE CITY | TX 75189 |
| 6 | 42 | GRIBBLE HAROLD RAY ( 35) | | 320 | 400 CADDO WEST TAWAKONI | TX 75474 |
| 7 | 61 | HABBEN LANA MARIE ( 39) | | 215 | 1830 CR 2712 CADDO MILLS | TX 75135 |
| 8 | 68 | MAY PHILIP WAYNE ( 41) | | 216 | 6464 FM 1565 ROYSE CITY | TX 75189 |
| 9 | 76 | SMITH BARRY DALE ( 45) | | 323 | 131 RANCHO RD QUINLAN | TX 75474 |
| 10 | 11 | NATION AMY MICHELLE ( 50) | | 325 | 3070 COUNTY ROAD 3110 GREENVILLE | TX 75402 |
| 11 | 87 | MASON RACHEL MICHELLE ( 51) | | 107 | 7312 CAROL DR GREENVILLE | TX 75402 |
| 12 | 86 | MAYBERRY WILLIAM ASHLEY ( 54) | | | 6364 CR 4102 GREENVILLE | TX 75401 |
| 13 | 96 | ALLISON JOEY ALLEN ( 67) | | 212 | 6511 A SAYLE ST GREENVILLE | TX 75402 |
| 14 | 19 | STEVENS SCOTT ROBERT ( 68) | | 215 | 3154 RIDGEVIEW RD CADDO MILLS | TX 75135 |
| 15 | 24 | MCMINN JIMMY JOE ( 81) | | | 507 TURTLE CREEK DRIVE GREENVILLE | TX 75402 |
| 16 | 29 | FIELDS LARRY DEAN JR ( 87) | | 324 | 3896 COUNTY ROAD 3322 GREENVILLE | TX 75402 |
| 17 | 67 | MOCK ROSS EUGENE ( 88) | | 215 | 2003 JOSHUA CADDO MILLS | TX 75135 |
| 18 | 54 | MICKLER JOHN CHRISTOPHER ( 93) | | | 3120 FM 499 GREENVILLE | TX 75401 |

Defendant C. Parker
7/20/2015

AT 2:00 PM FILED
JUL 20 2015
CLERK, DISTRICT COURT, HUNT CO. TX

60

PANEL LIST   A1
LIST NO. 598 OF THE PETIT JURORS TO REPORT ON 20th DAY OF July  2015, at 09:30 A.M.
FOR THE HUNT COUNTY DISTRICT COURT   OF HUNT COUNTY   , TEXAS

| NO. | SHFL | NAME | DOB | PRCT | ADDRESS | ST ZIP |
|---|---|---|---|---|---|---|
| 19 | 49 | HIGGINS WILLIAM HOWARD ( 98) | | 320 | 2154 WRIGHT WAY QUINLAN | TX 75474 |
| 20 | 91 | STEWART SCOTT F ( 100) | | 109 | 5706 COUNTY ROAD 1120 FARMERSVILLE | TX 75442 |
| 21 | 95 | WILLIAMS BILLY DOYLE ( 102) | | | 4009 PEPERPORT DR GREENVILLE | TX 75401 |
| 22 | 10 | AYERS EDDIE DEAN ( 103) | | 108 | 50002 ZORA DR GREENVILLE | TX 75402 |
| 23 | 47 | EASLEY WILEY ( 107) | | 101 | 4660 FM 36 N. CELESTE | TX 75423 |
| 24 | 43 | HAMMOND STACIE MAY ( 110) | | | 1334 KAITLYNN CT CADDO MILLS | TX 75135 |
| 25 | 26 | SMITH MARGARET ANN ( 112) | | 321 | 10539 GAILLARD WOODS WILLS POINT | TX 75169 |
| 26 | 93 | EDWARDS ZACHARY JAMES ( 118) | | 428 | 3358 COUNTY ROAD 4408 COMMERCE | TX 75428 |
| 27 | 4 | HANNAH TINA RENE ( 122) | | 319 | 5448 COUNTY ROAD 3214 LONE OAK | TX 75453 |
| 28 | 48 | WHITEHEAD JOHN ARTHUR ( 128) | | | 5041 CR-2714 CADDO MILLS | TX 75135 |
| 29 | 52 | TEAGUE ALBERT WESTLY ( 131) | | 210 | 1832 PRIVATE ROAD 2737 CADDO MILLS | TX 75135 |
| 30 | 32 | WILLIS BRYAN DOSS ( 132) | | 212 | 131 SHAWNEE ST GREENVILLE | TX 75402 |
| 31 | 79 | SMITH REBECCA LEE ( 133) | | 432 | 8537 COUNTY ROAD 4902 WOLFE CITY | TX 75496 |
| 32 | 97 | WILLY PATRICIA LAVERNE ( 135) | | 321 | 10923 LAKESIDE DR QUINLAN | TX 75474 |
| 33 | 69 | WALLACE VIVIAN CLAIRE ( 139) | | 321 | 10469 APACHE WILLS POINT | TX 75169 |
| 34 | 85 | HERMOSILLIO CYNTHIA ( 142) | | 427 | 313 STERLING HART DR COMMERCE | TX 75428 |
| 35 | 50 | MORRIS JOHNNY EARL ( 144) | | 433 | 1509 REED GREENVILLE | TX 75401 |
| 36 | 35 | WATTERS STEVEN PAUL ( 151) | | | 5005 CANTON GREENVILLE | TX 75402 |

PANEL LIST        A1
LIST NO.  598  OF THE PETIT JURORS TO REPORT ON 20th DAY OF July     2015, at 09:30 A.M.
FOR THE HUNT COUNTY DISTRICT COURT     OF   HUNT COUNTY        , TEXAS

| NO. | SHFL | NAME | DOB | PRCT | ADDRESS | ST | ZIP |
|---|---|---|---|---|---|---|---|
| 37 | 56 | JONES TERRY THOMAS | (154) | 324 | 2944 COUNTY ROAD 3311 GREENVILLE | TX | 75402 |
| 38 | 98 | WRIGHT NATALEE TALOR | (162) | 215 | 2506 RIDGECREST CADDO MILLS | TX | 75135 |
| 39 | 1 | GRANDFIELD JANET TAYLOR | (165) | 108 | 2012 WALWORTH ST GREENVILLE | TX | 75401 |
| 40 | 55 | GRAY BRANDON TYLER | (166) | | 5808 LEE ST GREENVILLE | TX | 75401 |
| 41 | 14 | OLSON LARRY GORDON | (167) | 323 | 4929 FM 2947 GREENVILLE | TX | 75402 |
| 42 | 15 | BAIN JOEL DEAN | (179) | | 10099 APACHE QUINLAN | TX | 75474 |
| 43 | 34 | JONES INGRID GURINA | (183) | 428 | 3915 COUNTY ROAD 4429 COMMERCE | TX | 75428 |
| 44 | 62 | LITTLE MERLE LEE | (186) | | 2365 CR 1112 FARMERSVILLE | TX | 75442 |
| 45 | 51 | TAYLOR BRADLEY JOE | (187) | 215 | 2020 SETH CIR ROYSE CITY | TX | 75189 |
| 46 | 74 | GRAHL BRUCE ALLAN | (188) | | 3206 NASHVILLE AVE GREENVILLE | TX | 75402 |
| 47 | 27 | IVEY AMY LANNETTE | (189) | 214 | P O BOX 1064 QUINLAN | TX | 75474 |
| 48 | 78 | VANDERGRIFF JERRY DON | (190) | 428 | 5311 COUNTY ROAD 4506 COMMERCE | TX | 75428 |
| 49 | 66 | HAWKINS RILEY SHAQUILLE MARQUI | (191) | 108 | 4214 JOHNSON ST GREENVILLE | TX | 75401 |
| 50 | 70 | JOYNER AUDREY ANN | (203) | 108 | 2102 DIVISION ST GREENVILLE | TX | 75401 |
| 51 | 37 | OFFERMAN LOIS CRETCHER | (204) | | 2900 ROBIN RD APT 1001 GREENVILLE | TX | 75402 |
| 52 | 30 | SAVAGE TIMOTHY BERNARD | (206) | | 2608 WELLINGTON GREENVILLE | TX | 75401 |
| 53 | 100 | NULL HEATHER LYNN | (208) | 216 | 6911 PRIVATE ROAD 2525 ROYSE CITY | TX | 75189 |
| 54 | 7 | DRAUGHN ROBERT DEWITT | (209) | 428 | 2210 CHARITY COMMERCE | TX | 75428 |

| NO. | SHFL | NAME | DOB | PRCT | ADDRESS | ST | ZIP |
|-----|------|------|-----|------|---------|----|----|
| 55 | 33 | MILLER JOSHUA THOMAS ( 211) | | | 1016 CLARK ST GREENVILLE | TX | 75401 |
| 56 | 83 | PRATHER HEATHER MICHELLE ( 212) | | 323 | 1617 SIGNAL RD QUINLAN | TX | 75474 |
| 57 | 28 | EVANS CHARLES WOODFIN ( 215) | | | 3900 SUNHILL DR GREENVILLE | TX | 75402 |
| 58 | 77 | ACKER TROY HARRISON ( 217) | | 319 | P O BOX 515 LONE OAK | TX | 75453 |
| 59 | 89 | STEWART DEBORAH HOLMES ( 218) | | | 9943 COUNTY RD 2440 ROYSE CITY | TX | 75189 |
| 60 | 36 | ELMORE CODY RYAN ( 224) | | 319 | 4814 FM 513 S LONE OAK | TX | 75453 |
| 61 | 3 | VENABLE STACY LYNN ( 244) | | 319 | 4963 CR 3403 LONE OAK | TX | 75453 |
| 62 | 81 | CONRAD MATTHEW JAMES-WINDWAL ( 251) | | 214 | 550 PRIVATE ROAD 2308 QUINLAN | TX | 75474 |
| 63 | 92 | GONZALEZ MARY ROSA ( 255) | | 106 | 4224 KING ST APT 156 GREENVILLE | TX | 75401 |
| 64 | 25 | PHIFER PAUL FRANKLIN ( 258) | | 320 | 516 PAWNEE TRL WEST TAWAKONI | TX | 75474 |
| 65 | 18 | SMITH CYNTHIA ANN ( 260) | | | 4549 MARIAN LANE ROYSE CITY | TX | 75189-4885 |
| 66 | 45 | STOWERS LESIA KAY ( 265) | | 211 | 3788 CR 2184 GREENVILLE | TX | 75402 |
| 67 | 40 | NORRIS EDDIE LEE ( 270) | | 427 | 1803 CHURCH COMMERCE | TX | 75428 |
| 68 | 84 | TREVINO RICKY HERNANDEZ ( 273) | | | 4626 COUNTY RD 4206 CAMPBELL | TX | 75422 |
| 69 | 17 | HAGAR JACQUELINE LOUISE ( 280) | | 109 | 1033 COUNTY ROAD 1118 GREENVILLE | TX | 75401 |
| 70 | 12 | KETNER FREDDIE JOE ( 284) | | 428 | 421 STATE HWY 224 COMMERCE | TX | 75428 |
| 71 | 5 | DOYLE STACIE KAY ( 286) | | 213 | 4756 COUNTY ROAD 2216 CADDO MILLS | TX | 75135 |
| 72 | 64 | WOODMANSEE KENT LEE ( 287) | | 434 | 3477 COUNTY ROAD 4106 GREENVILLE | TX | 75401 |

NO show

63

LIST NO.  598  OF THE PETIT JURORS TO REPORT ON 20th DAY OF July    2015, at 09:30 A.M.
FOR THE HUNT COUNTY DISTRICT COURT      OF   HUNT COUNTY         , TEXAS

| NO. | SHFL | NAME | DOB | PRCT | ADDRESS | ST | ZIP |
|---|---|---|---|---|---|---|---|
| 73 | 63 | FROST JACK ARTHUR ( 293) | | 431 | 5921 FM 118 GREENVILLE | TX | 75401 |
| 74 | 39 | JACKSON BILLY GENE ( 294) | | | 2310 COUNTY ROAD 3517 QUINLAN | TX | 75474 |
| 75 | 99 | JERNIGAN BENITA KAY ( 298) | | 102 | P O BOX 210 WOLFE CITY | TX | 75496 |
| 76 | 21 | PEREZ ALORA DANIELLE ( 300) | | 101 | 603 E FM 272 CELESTE | TX | 75423 |
| 77 | 82 | BRYAN JACQUELYN KAY ( 306) | | 211 | 1074 FM 1903 GREENVILLE | TX | 75402 |
| 78 | 72 | LINDSEY JOSHUA THOMAS ( 314) | | | 2718 CR 2512 QUINLAN | TX | 75474 |
| 79 | 2 | STANLEY TONI MICHELLE ( 315) | | 214 | 6966 CR 2532 QUINLAN | TX | 75474 |
| 80 | 88 | FIELDS MITCHELL RAY ( 316) | | 433 | 5009 MCDOUGAL GREENVILLE | TX | 75401 |
| 81 | 60 | CONRAD CAROL REYNOLDS ( 326) | | 214 | 550 PRIVATE ROAD 2308 QUINLAN | TX | 75474 |
| 82 | 9 | FLENER TONYA RENEE ( 329) | | | 220 CONTI DR QUINLAN | TX | 75474 |
| 83 | 20 | PLETCHER BRADLEY R ( 330) | | 325 | 609 TURTLE CREEK DR GREENVILLE | TX | 75402 |
| 84 | 6 | LOMAX STEVEN BRENNEN ( 332) | | | 4115 JOE RAMSEY BLVD APT 223 GREENVILLE | TX | 75401 |
| 85 | 71 | WIGGINS KELLEY ALANE ( 339) | | 102 | 802 EDGEWOOD ST WOLFE CITY | TX | 75496 |
| 86 | 16 | SPRADLIN RYAN ALLEN ( 342) | | 210 | 1711 FM 36 S CADDO MILLS | TX | 75135 |
| 87 | 80 | HOOPER-VANCLEVE MARY ELIZABE ( 347) | | | 2057 CR 2546 QUINLAN | TX | 75474 |
| 88 | 38 | RUTHERFORD DAVID MICHAEL ( 348) | | | 333 PR 2308 QUINLAN | TX | 75474 |
| 89 | 13 | GILL DANIEL LOUIS ( 351) | | 323 | 2167 HIDEAWAY LN QUINLAN | TX | 75474 |
| 90 | 59 | VAUGHAN DAVID LYNN ( 358) | | 325 | 611 DEER DR GREENVILLE | TX | 75402 |

PANEL LIST         A1
LIST NO.  598  OF THE PETIT JURORS TO REPORT ON 20th DAY OF July     2015, at 09:30 A.M.
FOR THE HUNT COUNTY DISTRICT COURT     OF   HUNT COUNTY      , TEXAS

| NO. | SHFL | NAME | DOB | PRCT | ADDRESS | ST | ZIP |
|---|---|---|---|---|---|---|---|
| 91 | 57 | PENCE ERIN ANDREW ( 367) | | 320 | 8833 WHISKERS RD QUINLAN | TX | 75474 |
| 92 | 65 | ALEXANDER VIRGINIA ANN ( 371) | | 430 | 3238 COUNTY ROAD 4105 GREENVILLE | TX | 75401 |
| 93 | 23 | WADE JACK E ( 373) | | 211 | 1359 COUNTY ROAD 2178 GREENVILLE | TX | 75402 |
| 94 | 31 | COLE HUBBARD LEE ( 374) | | 433 | 1402 KING ST GREENVILLE | TX | 75401 |
| 95 | 90 | CRAWFORD CLAY KYLE ( 377) | | 216 | 5087 COUNTY ROAD 2591 ROYSE CITY | TX | 75189 |
| 96 | 46 | PHILLIPS TODD ALLEN ( 385) | | 101 | 506 E FM 272 CELESTE | TX | 75423 |
| 97 | 58 | PLUMB JENNIFER MARIE ( 388) | | | 4018 PEPPERPORT DR GREENVILLE | TX | 75402 |
| 98 | 94 | STOGNER DIALLO N ( 393) | | 319 | 221 MILL ST LONE OAK | TX | 75453 |
| 99 | 73 | SEPHUS RICKEY LEROY ( 394) | | | 1208 SPEEDWAY ST GREENVILLE | TX | 75401 |
| 100 | 41 | DEGARSO BRIAN KEITH ( 395) | | 211 | 172 COUNTY ROAD 2186 GREENVILLE | TX | 75402 |

```
*************************
* TOTAL PRINTED =      100 *
*************************
```

LIST NO.  598  OF THE PETIT JURORS TO REPORT ON 20th DAY OF July    2015, at 09:30 A.M.
FOR THE HUNT COUNTY DISTRICT COURT    OF  HUNT COUNTY    , TEXAS

| NO. | SHFL | NAME | DOB | PRCT | ADDRESS | ST ZIP |
|---|---|---|---|---|---|---|
| 1 | 8 | WEAVER BRIAN PATRICK ( 1) | | | 2309 WASHINGTON ST APT 505 COMMERCE | TX 75428 |
| 2 | 22 | ELMORE JUSTIN DEWAYNE ( 3) | | | 1331 SIGNAL RD QUINLAN | TX 75474 |
| 3 | 44 | IRVAN CECELIA ANN ( 10) | | 323 | 4353 COUNTY ROAD 3321 GREENVILLE | TX 75402 |
| 4 | 53 | AVEKOE SHIRLEY COUNCIL ( 18) | | 325 | 2609 I-30 E GREENVILLE | TX 75402 |
| 5 | 75 | BAINBRIDGE ZACHARY BRIAN ( 20) | | 217 | 8912 COUNTY ROAD 2472 ROYSE CITY | TX 75189 |
| 6 | 42 | GRIBBLE HAROLD RAY ( 35) | | 320 | 400 CADDO WEST TAWAKONI | TX 75474 |
| 7 | 61 | HABBEN LANA MARIE ( 39) | | 215 | 1830 CR 2712 CADDO MILLS | TX 75135 |
| 8 | 68 | MAY PHILIP WAYNE ( 41) | | 216 | 6464 FM 1565 ROYSE CITY | TX 75189 |
| 9 | 76 | SMITH BARRY DALE ( 45) | | 323 | 131 RANCHO RD QUINLAN | TX 75474 |
| 10 | 11 | NATION AMY MICHELLE ( 50) | | 325 | 3070 COUNTY ROAD 3110 GREENVILLE | TX 75402 |
| 11 | 87 | MASON RACHEL MICHELLE ( 51) | | 107 | 7312 CAROL DR GREENVILLE | TX 75402 |
| 12 | 86 | MAYBERRY WILLIAM ASHLEY ( 54) | | | 6364 CR 4102 GREENVILLE | TX 75401 |
| 13 | 96 | ALLISON JOEL ALLEN ( ) | | | 6511 A SAYLE ST GREENVILLE | TX 75402 |
| 14 | 19 | STEVENS SCOTT ROBERT ( 68) | | 215 | 3154 RIDGEVIEW RD CADDO MILLS | TX 75135 |
| 15 | 24 | MCMINN JIMMY JOE ( 81) | | | 507 TURTLE CREEK DRIVE GREENVILLE | TX 75402 |
| 16 | 29 | FIELDS LARRY DEAN JR ( 87) | | 324 | 3896 COUNTY ROAD 3322 GREENVILLE | TX 75402 |
| 17 | 67 | MOCK ROSS EUGENE ( 88) | | 215 | 2003 JOSHUA CADDO MILLS | TX 75135 |
| 18 | 54 | MICKLER JOHN CHRISTOPHER ( 93) | | | 3120 FM 499 GREENVILLE | TX 75401 |

*[Handwritten annotations present: "NP", "PUNISH", "Rel", "Don't Believe Cops", "EYEWITNESS/PUNISHMENT COPS/PUNISH/INDICT/OTHER", "WITNESS", and various X marks]*

66

LIST NO.  598  OF THE PETIT JURORS TO REPORT ON 20th DAY OF July       2015, at 09:30 A.M.
FOR THE HUNT COUNTY DISTRICT COURT      OF   HUNT COUNTY          , TEXAS

| NO. | SHFL | NAME | DOB | PRCT | ADDRESS | ST | ZIP |
|---|---|---|---|---|---|---|---|
| 19 | 49 | HIGGINS WILLIAM HOWARD ( 98) | | 320 | 2154 WRIGHT WAY QUINLAN | TX | 75474 |
| 20 | 91 | STEWART SCOTT F ( 100) | | 109 | 5706 COUNTY ROAD 1120 FARMERSVILLE | TX | 75442 |
| 21 | 95 | WILLIAMS BILLY DOYLE ( 102) | | | 4009 PEPERPORT DR GREENVILLE | TX | 75401 |
| 22 | 10 | AYERS EDDIE DEAN ( 103) | | 108 | 50002 ZORA DR GREENVILLE | TX | 75402 |
| 23 | 47 | EASLEY WILEY ( 107) | | 101 | 4660 FM 36 N. CELESTE | TX | 75423 |
| 24 | 43 | HAMMOND STACIE MAY ( 110) | | | 1334 KAITLYNN CT CADDO MILLS | TX | 75135 |
| 25 | 26 | SMITH MARGARET ANN ( 112) | | 321 | 10539 GAILLARD WOODS WILLS POINT | TX | 75169 |
| 26 | 93 | EDWARDS ZACHARY JAMES ( 118) | | 428 | 3358 COUNTY ROAD 4408 COMMERCE | TX | 75428 |
| 27 | 4 | HANNAH TINA RENE ( 122) | | 319 | 5448 COUNTY ROAD 3214 LONE OAK | TX | 75453 |
| 28 | 48 | WHITEHEAD JOHN ARTHUR ( 128) | | | 5041 CR-2714 CADDO MILLS | TX | 75135 |
| 29 | 52 | TEAGUE ALBERT WESTLY ( 131) | | 210 | 1832 PRIVATE ROAD 2737 CADDO MILLS | TX | 75135 |
| 30 | 36 | WILLIS BRYAN DOSS ( 132) | | 212 | 131 SHAWNEE ST GREENVILLE | TX | 75402 |
| 31 | 79 | SMITH REBECCA LEE ( 133) | | 432 | 8537 COUNTY ROAD 4902 WOLFE CITY | TX | 75496 |
| 32 | 97 | WILLY PATRICIA LAVERNE ( 135) | | 321 | 10923 LAKESIDE DR QUINLAN | TX | 75474 |
| 33 | 69 | WALLACE VIVIAN CLAIRE ( 139) | | 321 | 10469 APACHE WILLS POINT | TX | 75169 |
| 34 | 85 | HERMOSILLIO CYNTHIA ( 142) | | 427 | 313 STERLING HART DR COMMERCE | TX | 75428 |
| 35 | 50 | MORRIS JOHNNY EARL ( 144) | | 433 | 1509 REED GREENVILLE | TX | 75401 |
| 36 | 35 | WATTERS STEVEN PAUL ( 151) | | | 5005 CANTON GREENVILLE | TX | 75402 |

*Handwritten annotations:*
DON'T BELIEVE COPS / CHARGE
INDICT
PUNISH
WITNESS
COPS / INDICT
Rd

DON'T BELIEVE COPS/CHARGE
SAYS HE CAN BE FAIR

     LIST NO.  598  OF THE PETIT JURORS TO REPORT ON 20th DAY OF July      2015, at 09:30 A.M.
     FOR THE HUNT COUNTY DISTRICT COURT      OF   HUNT COUNTY          , TEXAS

| NO. | SHFL | NAME | DOB | PRCT | ADDRESS | ST | ZIP |
|---|---|---|---|---|---|---|---|
| 37 | 56 | JONES TERRY THOMAS | | | 2944 COUNTY ROAD 3311 | | |
| | | ( 154) | | 324 | GREENVILLE | TX | 75402 |
| 38 | 98 | WRIGHT NATALEE TALOR | | | 2506 RIDGECREST | | |
| | | ( 162) | | 215 | CADDO MILLS | TX | 75135 |
| 39 | 1 | GRANDFIELD JANET TAYLOR | | | 2012 WALWORTH ST | | |
| | | ( 165) | | 108 | GREENVILLE | TX | 75401 |
| 40 | 55 | GRAY BRANDON TYLER | | | 5808 LEE ST | | |
| | | ( 166) | | | GREENVILLE | TX | 75401 |
| 41 | 14 | OLSON LARRY GORDON | | | 4929 FM 2947 | | |
| | | ( 167) | | 323 | GREENVILLE | TX | 75402 |
| 42 | 15 | BAIN JOEL DEAN | | | 10099 APACHE | | |
| | | ( 179) | | | QUINLAN | TX | 75474 |
| 43 | 34 | JONES INGRID GURINA | | | 3915 COUNTY ROAD 4429 | | |
| | | ( 183) | | 428 | COMMERCE | TX | 75428 |
| 44 | 62 | LITTLE MERLE LEE | | | 2365 CR 1112 | | |
| | | ( 186) | | | FARMERSVILLE | TX | 75442 |
| 45 | 51 | TAYLOR BRADLEY JOE | | | 2020 SETH CIR | | |
| | | ( 187) | | 215 | ROYSE CITY | TX | 75189 |
| 46 | 74 | GRAHL BRUCE ALLAN | | | 3206 NASHVILLE AVE | | |
| | | ( 188) | | | GREENVILLE | TX | 75402 |
| 47 | 27 | IVEY AMY LANNETTE | | | P O BOX 1064 | | |
| | | ( 189) | | 219 | QUINLAN | TX | 75474 |
| 48 | 78 | VANDERGRIFF JERRY DON | | | 5311 COUNTY ROAD 4506 | | |
| | | ( 190) | | 428 | COMMERCE | TX | 75428 |
| 49 | 66 | HAWKINS RILEY SHAQUILLE MARQUI | | | 4214 JOHNSON ST | | |
| | | ( 191) | | 108 | GREENVILLE | TX | 75401 |
| 50 | 70 | JOYNER AUDREY ANN | | | 2102 DIVISION ST | | |
| | | ( 203) | | 108 | GREENVILLE | TX | 75401 |
| 51 | 37 | OFFERMAN LOIS CRETCHER | | | 2900 ROBIN RD APT 1001 | | |
| | | ( 204) | | | GREENVILLE | TX | 75402 |
| 52 | 30 | SAVAGE TIMOTHY BERNARD | | | 2608 WELLINGTON | | |
| | | ( 206) | | | GREENVILLE | TX | 75401 |
| 53 | 100 | NULL HEATHER LYNN | | | 6911 PRIVATE ROAD 2525 | | |
| | | ( 208) | | 216 | ROYSE CITY | TX | 75189 |
| 54 | 7 | DRAUGHN ROBERT DEWITT | | | 2210 CHARITY | | |
| | | ( 209) | | 428 | COMMERCE | TX | 75428 |

_Handwritten annotations: WITNESS' MOTHER; INDICT; SEARCH WARRANT / INDICT; COPS / PUNISH / INDICT / DIR CIR; INDICT / A TESTIFY; WITNESS / PUNISH / INDICT; PUNISHMENT; PUNISHMENT / OTHER; OTHER; COPS / PUNISH / INDICT / A TESTIFY; multiple X marks in left margin._

| NO. | SHFL | NAME | DOB | PRCT | ADDRESS | ST | ZIP |
|-----|------|------|-----|------|---------|----|----|
| 55 | 33 | MILLER JOSHUA THOMAS ( 211) | | | 1016 CLARK ST GREENVILLE | TX | 75401 |
| 56 | 83 | PRATHER HEATHER MICHELLE ( 212) | | 323 | 1617 SIGNAL RD QUINLAN | TX | 75474 |
| 57 | 28 | EVANS CHARLES WOODFIN ( 215) | | | 3900 SUNHILL DR GREENVILLE | TX | 75402 |
| 58 | 77 | ACKER TROY HARRISON ( 217) | | 319 | P O BOX 515 LONE OAK | TX | 75453 |
| 59 | 89 | STEWART DEBORAH HOLMES ( 218) | | | 9943 COUNTY RD 2440 ROYSE CITY | TX | 75189 |
| 60 | 36 | ELMORE CODY RYAN ( 224) | | 319 | 4814 FM 513 S LONE OAK | TX | 75453 |
| 61 | 3 | VENABLE STACY LYNN ( 244) | | 319 | 4963 CR 3403 LONE OAK | TX | 75453 |
| 62 | 81 | CONRAD MATTHEW JAMES-WINDWAL ( 251) | | 214 | 550 PRIVATE ROAD 2308 QUINLAN | TX | 75474 |
| 63 | 92 | GONZALEZ MARY ROSA ( 255) | | 106 | 4224 KING ST APT 156 GREENVILLE | TX | 75401 |
| 64 | 25 | PHIFER PAUL FRANKLIN ( 258) | | 320 | 516 PAWNEE TRL WEST TAWAKONI | TX | 75474 |
| 65 | 18 | SMITH CYNTHIA ANN ( 260) | | | 4549 MARIAN LANE ROYSE CITY | TX | 75189-4885 |
| 66 | 45 | STOWERS LESIA KAY ( 265) | | 211 | 3788 CR 2184 GREENVILLE | TX | 75402 |
| 67 | 40 | NORRIS EDDIE LEE ( 270) | | 427 | 1803 CHURCH COMMERCE | TX | 75428 |
| 68 | 84 | TREVINO RICKY HERNANDEZ ( 273) | | | 4626 COUNTY RD 4206 CAMPBELL | TX | 75422 |
| 69 | 17 | HAGAR JACQUELINE LOUISE ( 280) | | 109 | 1033 COUNTY ROAD 1118 GREENVILLE | TX | 75401 |
| 70 | 12 | KETNER FREDDIE JOE ( 284) | | 428 | 421 STATE HWY 224 COMMERCE | TX | 75428 |
| 71 | 5 | DOYLE STACIE KAY ( 286) | | 213 | 4756 COUNTY ROAD 2216 CADDO MILLS | TX | 75135 |
| 72 | 64 | WOODMANSEE KENT LEE ( 287) | | 434 | 3477 COUNTY ROAD 4106 GREENVILLE | TX | 75401 |

_NS_

X  A TESTIFY

X  PUNISHMENT

X  COPS / INDICT

| NO. | SHFL | NAME | DOB | PRCT | ADDRESS | ST | ZIP |
|-----|------|------|-----|------|---------|----|----|
| 73 | 63 | FROST JACK ARTHUR | ( 293) | 431 | 5921 FM 118 GREENVILLE | TX | 75401 |
| 74 | 39 | JACKSON BILLY GENE | ( 294) | | 2310 COUNTY ROAD 3517 QUINLAN | TX | 75474 |
| 75 | 99 | JERNIGAN BENITA KAY | ( 298) | 102 | P O BOX 210 WOLFE CITY | TX | 75496 |
| 76 | 21 | PEREZ ALORA DANIELLE | ( 308) | 101 | 603 E FM 272 CELESTE | TX | 75423 |
| 77 | 82 | BRYAN JACQUELYN KAY | ( 306) | 211 | 1074 FM 1903 GREENVILLE | TX | 75402 |
| 78 | 72 | LINDSEY JOSHUA THOMAS | ( 314) | | 2718 CR 2512 QUINLAN | TX | 75474 |
| 79 | 2 | STANLEY TONI MICHELLE | ( 315) | 214 | 6966 CR 2532 QUINLAN | TX | 75474 |
| 80 | 88 | FIELDS MITCHELL RAY | ( 316) | 433 | 5009 MCDOUGAL GREENVILLE | TX | 75401 |
| 81 | 60 | CONRAD CAROL REYNOLDS | ( 326) | 214 | 550 PRIVATE ROAD 2308 QUINLAN | TX | 75474 |
| 82 | 9 | FLENER TONYA RENEE | ( 329) | | 220 CONTI DR QUINLAN | TX | 75474 |
| 83 | 20 | PLETCHER BRADLEY R | ( 330) | 325 | 609 TURTLE CREEK DR GREENVILLE | TX | 75402 |
| 84 | 6 | LOMAX STEVEN BRENNEN | ( 332) | | 4115 JOE RAMSEY BLVD APT 223 GREENVILLE | TX | 75401 |
| 85 | 71 | WIGGINS KELLEY ALANE | ( 339) | 102 | 802 EDGEWOOD ST WOLFE CITY | TX | 75496 |
| 86 | 16 | SPRADLIN RYAN ALLEN | ( 342) | 210 | 1711 FM 36 S CADDO MILLS | TX | 75135 |
| 87 | 80 | HOOPER-VANCLEVE MARY ELIZABE | ( 347) | | 2051 CR 2546 QUINLAN | TX | 75474 |
| 88 | 38 | RUTHERFORD DAVID MICHAEL | ( 348) | | 337 PR 2308 QUINLAN | TX | 75474 |
| 89 | 13 | GILL DANIEL LOUIS | ( 351) | 323 | 2167 HIDEAWAY LN QUINLAN | TX | 75474 |
| 90 | 59 | VAUGHAN DAVID LYNN | ( 358) | 325 | 611 DEER DR GREENVILLE | TX | 75402 |

Handwritten annotations:
- X (by 76) CoPS / INDICT
- X (by 81) EYEWITNESS / PUNISHMENT / OTHER
- X (by 84) CoPS
- X (by 86) CoPS / PUNISHMENT / INDICT
- X (by 87) CoPS / PUNISHMENT / INDICT / DIRE
- Rel. (by 88)

70

PANEL LIST        A1
LIST NO.   598   OF THE PETIT JURORS TO REPORT ON 20th DAY OF July       2015, at 09:30 A.M.
FOR THE HUNT COUNTY DISTRICT COURT        OF   HUNT COUNTY            , TEXAS

| NO. | SHFL | NAME | DOB | PRCT | ADDRESS | ST | ZIP |
|-----|------|------|-----|------|---------|----|----|
| 91 | 57 | PENCE ERIN ANDREW | | 320 | 8833 WHISKERS RD QUINLAN | TX | 75474 |
| 92 | 65 | ALEXANDER VIRGINIA ANN | (374) | 430 | 3238 COUNTY ROAD 4105 GREENVILLE | TX | 75401 |
| 93 | 23 | WADE JACK E | (373) | 211 | 1359 COUNTY ROAD 2178 GREENVILLE | TX | 75402 |
| 94 | 31 | COLE HUBBARD LEE | (374) | 133 | 1402 KING ST GREENVILLE | TX | 75401 |
| 95 | 90 | CRAWFORD CLAY KYLE | | 716 | 5087 COUNTY ROAD 2591 ROYSE CITY | TX | 75189 |
| 96 | 46 | PHILLIPS TODD ALLEN | ( 385) | 101 | 506 E FM 272 CELESTE | TX | 75423 |
| 97 | 58 | PLUMB JENNIFER MARIE | ( 388) | | 4018 PEPPERPORT DR GREENVILLE | TX | 75402 |
| 98 | 94 | STOGNER DIALLO N | (393) | 319 | 221 MILL ST LONE OAK | TX | 75453 |
| 99 | 73 | SEPHUS RICKEY LEROY | (394) | | 1298 SPEEDWAY ST GREENVILLE | TX | 75401 |
| 100 | 41 | DEGARSO BRIAN KEITH | ( 395) | 271 | 172 COUNTY ROAD 2186 GREENVILLE | TX | 75402 |

***************************
* TOTAL PRINTED =       100 *
***************************

LIST NO.  598  OF THE PETIT JURORS TO REPORT ON 20th DAY OF July       2015, at 09:30 A.M.
FOR THE HUNT COUNTY DISTRICT COURT       OF   HUNT COUNTY          , TEXAS

ST/Δ

| | NO. | SHFL | NAME | DOB | PRCT | ADDRESS | ST ZIP |
|---|---|---|---|---|---|---|---|
| no show X | | 8 | WEAVER BRIAN PATRICK ( 1) | | | 2309 WASHINGTON ST APT 505 COMMERCE | TX 75428 |
| cause X | 2 | 22 | ELMORE JUSTIN DEWAYNE ( 3) | | | 1331 SIGNAL RD QUINLAN | TX 75474 |
| X | 3 | 44 | IRVAN CECELIA ANN ( 10) | | 323 | 4353 COUNTY ROAD 3321 GREENVILLE | TX 75402 |
| X | 4 | 53 | AVEKOE SHIRLEY COUNCIL ( 18) | | 325 | 2609 I-30 E GREENVILLE | TX 75402 |
| (1) | 5 | 75 | BAINBRIDGE ZACHARY BRIAN ( 20) | | 217 | 8912 COUNTY ROAD 2472 ROYSE CITY | TX 75189 |
| X  X | 6 | 42 | GRIBBLE HAROLD RAY ( 35) | | 320 | 400 CADDO WEST TAWAKONI | TX 75474 |
| released X | 7 | 61 | HABBEN LANA MARIE ( 39) | | 215 | 1830 CR 2712 CADDO MILLS | TX 75135 |
| cause X | 8 | 68 | MAY PHILIP WAYNE ( 41) | | 216 | 6464 FM 1565 ROYSE CITY | TX 75189 |
| cause X | 9 | 76 | SMITH BARRY DALE ( 45) | | 323 | 131 RANCHO RD QUINLAN | TX 75474 |
| (2) | 10 | 11 | NATION AMY MICHELLE ( 50) | | 325 | 3070 COUNTY ROAD 3110 GREENVILLE | TX 75402 |
| (3) | 11 | 87 | MASON RACHEL MICHELLE ( 51) | | 107 | 7312 CAROL DR GREENVILLE | TX 75402 |
| cause X | 12 | 86 | MAYBERRY WILLIAM ASHLEY ( 54) | | | 6364 CR 4102 GREENVILLE | TX 75401 |
| cause X | 13 | 96 | ALLISON JOEY ALLEN ( 67) | | 212 | 6511 A SAYLE ST GREENVILLE | TX 75402 |
| X | 14 | 19 | STEVENS SCOTT ROBERT ( 68) | | 215 | 3154 RIDGEVIEW RD CADDO MILLS | TX 75135 |
| X | 15 | 24 | MCMINN JIMMY JOE ( 81) | | | 507 TURTLE CREEK DRIVE GREENVILLE | TX 75402 |
| X | 16 | 29 | FIELDS LARRY DEAN JR ( 87) | | 324 | 3896 COUNTY ROAD 3322 GREENVILLE | TX 75402 |
| X | 17 | 67 | MOCK ROSS EUGENE ( 88) | | 215 | 2003 JOSHUA CADDO MILLS | TX 75135 |
| cause X | 18 | 54 | MICKLER JOHN CHRISTOPHER ( 93) | | | 3120 FM 499 GREENVILLE | TX 75401 |

Clerks Strikes

The State of Texas
VS
Cory Hayes Parker
28,778 & 28,779

FILED
AT_____ M
JUL 20 2015
CLERK, DISTRICT COURT, HUNT CO. TX

72

(NUMERICAL)           LIST OF PETIT JURORS       7/20/2015  PAGE   2
PANEL LIST       A1
LIST NO.  598  OF THE PETIT JURORS TO REPORT ON 20th DAY OF July     2015, at 09:30 A.M.
FOR THE HUNT COUNTY DISTRICT COURT     OF   HUNT COUNTY         , TEXAS

|  | NO. | SHFL | NAME | DOB | PRCT | ADDRESS | ST ZIP |
|---|---|---|---|---|---|---|---|
| (4) | 19 | 49 | HIGGINS WILLIAM HOWARD ( 98) | | 320 | 2154 WRIGHT WAY QUINLAN | TX 75474 |
| (5) | 20 | 91 | STEWART SCOTT F ( 100) | | 109 | 5706 COUNTY ROAD 1120 FARMERSVILLE | TX 75442 |
| X | 21 | 95 | WILLIAMS BILLY DOYLE ( 102) | | | 4009 PEPERPORT DR GREENVILLE | TX 75401 |
| X | 22 | 10 | AYERS EDDIE DEAN ( 103) | | 108 | 50002 ZORA DR GREENVILLE | TX 75402 |
| X | 23 | 47 | EASLEY WILEY ( 107) | | 101 | 4660 FM 36 N. CELESTE | TX 75423 |
| X | 24 | 43 | HAMMOND STACIE MAY ( 110) | | | 1334 KAITLYNN CT CADDO MILLS | TX 75135 |
| (6) | 25 | 26 | SMITH MARGARET ANN ( 112) | | 321 | 10539 GAILLARD WOODS WILLS POINT | TX 75169 |
| X | 26 | 93 | EDWARDS ZACHARY JAMES ( 118) | | 428 | 3358 COUNTY ROAD 4408 COMMERCE | TX 75428 |
| X X | 27 | 4 | HANNAH TINA RENE ( 122) | | 319 | 5448 COUNTY ROAD 3214 LONE OAK | TX 75453 |
| Cause X | 28 | 48 | WHITEHEAD JOHN ARTHUR ( 128) | | | 5041 CR-2714 CADDO MILLS | TX 75135 |
| Cause X | 29 | 52 | TEAGUE ALBERT WESTLY ( 131) | | 210 | 1832 PRIVATE ROAD 2737 CADDO MILLS | TX 75135 |
| Cause X | 30 | 32 | WILLIS BRYAN DOSS ( 132) | | 212 | 131 SHAWNEE ST GREENVILLE | TX 75402 |
| Cause X | 31 | 79 | SMITH REBECCA LEE ( 133) | | 432 | 8537 COUNTY ROAD 4902 WOLFE CITY | TX 75496 |
| Cause X | 32 | 97 | WILLY PATRICIA LAVERNE ( 135) | | 321 | 10923 LAKESIDE DR QUINLAN | TX 75474 |
| (7) | 33 | 69 | WALLACE VIVIAN CLAIRE ( 139) | | 321 | 10469 APACHE WILLS POINT | TX 75169 |
| Released X | 34 | 85 | HERMOSILLIO CYNTHIA ( 142) | | 427 | 313 STERLING HART DR COMMERCE | TX 75428 |
| X | 35 | 50 | MORRIS JOHNNY EARL ( 144) | | 433 | 1509 REED GREENVILLE | TX 75401 |
| Cause X | 36 | 35 | WATTERS STEVEN PAUL ( 151) | | | 5005 CANTON GREENVILLE | TX 75402 |

73

| NO. | SHFL | NAME | DOB | PRCT | ADDRESS | ST ZIP |
|-----|------|------|-----|------|---------|--------|
| 37 | 56 | JONES TERRY THOMAS ( 154) | | 324 | 2944 COUNTY ROAD 3311 GREENVILLE | TX 75402 |
| 38 | 98 | WRIGHT NATALEE TALOR ( 162) | | 215 | 2506 RIDGECREST CADDO MILLS | TX 75135 |
| 39 | 1 | GRANDFIELD JANET TAYLOR ( 165) | | 108 | 2012 WALWORTH ST GREENVILLE | TX 75401 |
| 40 | 55 | GRAY BRANDON TYLER ( 166) | | | 5808 LEE ST GREENVILLE | TX 75401 |
| 41 | 14 | OLSON LARRY GORDON ( 167) | | 323 | 4929 FM 2947 GREENVILLE | TX 75402 |
| 42 | 15 | BAIN JOEL DEAN ( 179) | | | 10099 APACHE QUINLAN | TX 75474 |
| 43 | 34 | JONES INGRID GURINA ( 183) | | 428 | 3915 COUNTY ROAD 4429 COMMERCE | TX 75428 |
| 44 | 62 | LITTLE MERLE LEE ( 186) | | | 2365 CR 1112 FARMERSVILLE | TX 75442 |
| 45 | 51 | TAYLOR BRADLEY JOE ( 187) | | 215 | 2020 SETH CIR ROYSE CITY | TX 75189 |
| 46 | 74 | GRAHL BRUCE ALLAN ( 188) | | | 3206 NASHVILLE AVE GREENVILLE | TX 75402 |
| 47 | 27 | IVEY AMY LANNETTE ( 189) | | 214 | P O BOX 1064 QUINLAN | TX 75474 |
| 48 | 78 | VANDERGRIFF JERRY DON ( 190) | | 428 | 5311 COUNTY ROAD 4506 COMMERCE | TX 75428 |
| 49 | 66 | HAWKINS RILEY SHAQUILLE MARQUI ( 191) | | 108 | 4214 JOHNSON ST GREENVILLE | TX 75401 |
| 50 | 70 | JOYNER AUDREY ANN ( 203) | | 108 | 2102 DIVISION ST GREENVILLE | TX 75401 |
| 51 | 37 | OFFERMAN LOIS CRETCHER ( 204) | | | 2900 ROBIN RD APT 1001 GREENVILLE | TX 75402 |
| 52 | 30 | SAVAGE TIMOTHY BERNARD ( 206) | | | 2608 WELLINGTON GREENVILLE | TX 75401 |
| 53 | 100 | NULL HEATHER LYNN ( 208) | | 216 | 6911 PRIVATE ROAD 2525 ROYSE CITY | TX 75189 |
| 54 | 7 | DRAUGHN ROBERT DEWITT ( 209) | | 428 | 2210 CHARITY COMMERCE | TX 75428 |

74

| NO. | SHFL | NAME | DOB | PRCT | ADDRESS | ST | ZIP |
|---|---|---|---|---|---|---|---|
| 55 | 33 | MILLER JOSHUA THOMAS ( 211) | | | 1016 CLARK ST GREENVILLE | TX | 75401 |
| 56 | 83 | PRATHER HEATHER MICHELLE ( 212) | | 323 | 1617 SIGNAL RD QUINLAN | TX | 75474 |
| 57 | 28 | EVANS CHARLES WOODFIN ( 215) | | | 3900 SUNHILL DR GREENVILLE | TX | 75402 |
| 58 | 77 | ACKER TROY HARRISON ( 217) | | 319 | P O BOX 515 LONE OAK | TX | 75453 |
| 59 | 89 | STEWART DEBORAH HOLMES ( 218) | | | 9943 COUNTY RD 2440 ROYSE CITY | TX | 75189 |
| 60 | 36 | ELMORE CODY RYAN ( 224) | | 319 | 4814 FM 513 S LONE OAK | TX | 75453 |
| 61 | 3 | VENABLE STACY LYNN ( 244) | | 319 | 4963 CR 3403 LONE OAK | TX | 75453 |
| 62 | 81 | CONRAD MATTHEW JAMES-WINDWAL ( 251) | | 214 | 550 PRIVATE ROAD 2308 QUINLAN | TX | 75474 |
| 63 | 92 | GONZALEZ MARY ROSA ( 255) | | 106 | 4224 KING ST APT 156 GREENVILLE | TX | 75401 |
| 64 | 25 | PHIFER PAUL FRANKLIN ( 258) | | 320 | 516 PAWNEE TRL WEST TAWAKONI | TX | 75474 |
| 65 | 18 | SMITH CYNTHIA ANN ( 260) | | | 4549 MARIAN LANE ROYSE CITY | TX | 75189-4885 |
| 66 | 45 | STOWERS LESIA KAY ( 265) | | 211 | 3788 CR 2184 GREENVILLE | TX | 75402 |
| 67 | 40 | NORRIS EDDIE LEE ( 270) | | 427 | 1803 CHURCH COMMERCE | TX | 75428 |
| 68 | 84 | TREVINO RICKY HERNANDEZ ( 273) | | | 4626 COUNTY RD 4206 CAMPBELL | TX | 75422 |
| 69 | 17 | HAGAR JACQUELINE LOUISE ( 280) | | 109 | 1033 COUNTY ROAD 1118 GREENVILLE | TX | 75401 |
| 70 | 12 | KETNER FREDDIE JOE ( 284) | | 428 | 421 STATE HWY 224 COMMERCE | TX | 75428 |
| 71 | 5 | DOYLE STACIE KAY ( 286) | | 213 | 4756 COUNTY ROAD 2216 CADDO MILLS | TX | 75135 |
| 72 | 64 | WOODMANSEE KENT LEE ( 287) | | 434 | 3477 COUNTY ROAD 4106 GREENVILLE | TX | 75401 |

75

LIST NO.  598  OF THE PETIT JURORS TO REPORT ON 20th DAY OF July      2015, at 09:30 A.M.
FOR THE HUNT COUNTY DISTRICT COURT        OF   HUNT COUNTY           , TEXAS

| | NO. | SHFL | NAME | DOB | PRCT | ADDRESS | ST | ZIP |
|---|---|---|---|---|---|---|---|---|
| | 73 | 63 | FROST JACK ARTHUR | ( 293) | 431 | 5921 FM 118 GREENVILLE | TX | 75401 |
| | 74 | 39 | JACKSON BILLY GENE | ( 294) | | 2310 COUNTY ROAD 3517 QUINLAN | TX | 75474 |
| | 75 | 99 | JERNIGAN BENITA KAY | ( 298) | 102 | P O BOX 210 WOLFE CITY | TX | 75496 |
| cause X | 76 | 21 | PEREZ ALORA DANIELLE | ( 300) | 101 | 603 E FM 272 CELESTE | TX | 75423 |
| | 77 | 82 | BRYAN JACQUELYN KAY | ( 306) | 211 | 1074 FM 1903 GREENVILLE | TX | 75402 |
| | 78 | 72 | LINDSEY JOSHUA THOMAS | ( 314) | | 2718 CR 2512 QUINLAN | TX | 75474 |
| | 79 | 2 | STANLEY TONI MICHELLE | ( 315) | 214 | 6966 CR 2532 QUINLAN | TX | 75474 |
| | 80 | 88 | FIELDS MITCHELL RAY | ( 316) | 433 | 5009 MCDOUGAL GREENVILLE | TX | 75401 |
| cause X | 81 | 60 | CONRAD CAROL REYNOLDS | ( 326) | 214 | 550 PRIVATE ROAD 2308 QUINLAN | TX | 75474 |
| | 82 | 9 | FLENER TONYA RENEE | ( 329) | | 220 CONTI DR QUINLAN | TX | 75474 |
| | 83 | 20 | PLETCHER BRADLEY R | ( 330) | 325 | 609 TURTLE CREEK DR GREENVILLE | TX | 75402 |
| cause X | 84 | 6 | LOMAX STEVEN BRENNEN | ( 332) | | 4115 JOE RAMSEY BLVD APT 223 GREENVILLE | TX | 75401 |
| | 85 | 71 | WIGGINS KELLEY ALANE | ( 339) | 102 | 802 EDGEWOOD ST WOLFE CITY | TX | 75496 |
| cause X | 86 | 16 | SPRADLIN RYAN ALLEN | ( 342) | 210 | 1711 FM 36 S CADDO MILLS | TX | 75135 |
| cause X | 87 | 80 | HOOPER-VANCLEVE MARY ELIZABE | ( 347) | | 2057 CR 2546 QUINLAN | TX | 75474 |
| released X | 88 | 38 | RUTHERFORD DAVID MICHAEL | ( 348) | | 333 PR 2308 QUINLAN | TX | 75474 |
| | 89 | 13 | GILL DANIEL LOUIS | ( 351) | 323 | 2167 HIDEAWAY LN QUINLAN | TX | 75474 |
| | 90 | 59 | VAUGHAN DAVID LYNN | ( 358) | 325 | 611 DEER DR GREENVILLE | TX | 75402 |

PANEL LIST　　　　　A1
LIST NO.　598　OF THE PETIT JURORS TO REPORT ON 20th DAY OF July　　　2015, at 09:30 A.M.
FOR THE HUNT COUNTY DISTRICT COURT　　　　OF　　HUNT COUNTY　　　　　　, TEXAS

| | NO. | SHFL | NAME | DOB | PRCT | ADDRESS | ST | ZIP |
|---|---|---|---|---|---|---|---|---|
| CAUSE X | 91 | 57 | PENCE ERIN ANDREW ( 367) | | 320 | 8833 WHISKERS RD QUINLAN | TX | 75474 |
| CAUSE X | 92 | 65 | ALEXANDER VIRGINIA ANN ( 371) | | 430 | 3238 COUNTY ROAD 4105 GREENVILLE | TX | 75401 |
| -------- | 93 | 23 | WADE JACK E ( 373) | | 211 | 1359 COUNTY ROAD 2178 GREENVILLE | TX | 75402 |
| CAUSE X | 94 | 31 | COLE HUBBARD LEE ( 374) | | 433 | 1402 KING ST GREENVILLE | TX | 75401 |
| CAUSE X | 95 | 90 | CRAWFORD CLAY KYLE ( 377) | | 216 | 5087 COUNTY ROAD 2591 ROYSE CITY | TX | 75189 |
| -------- | 96 | 46 | PHILLIPS TODD ALLEN ( 385) | | 101 | 506 E FM 272 CELESTE | TX | 75423 |
| -------- | 97 | 58 | PLUMB JENNIFER MARIE ( 388) | | | 4018 PEPPERPORT DR GREENVILLE | TX | 75402 |
| CAUSE X | 98 | 94 | STOGNER DIALLO N ( 393) | | 319 | 221 MILL ST LONE OAK | TX | 75453 |
| CAUSE X | 99 | 73 | SEPHUS RICKEY LEROY ( 394) | | | 1208 SPEEDWAY ST GREENVILLE | TX | 75401 |
| -------- | 100 | 41 | DEGARSO BRIAN KEITH ( 395) | | 211 | 172 COUNTY ROAD 2186 GREENVILLE | TX | 75402 |

```
******************************
* TOTAL PRINTED =       100 *
******************************
```

PANEL LIST       A1
LIST NO.  598  OF THE PETIT JURORS TO REPORT ON 20th DAY OF July     2015, at 09:30 A.M.
FOR THE HUNT COUNTY DISTRICT COURT     OF   HUNT COUNTY      , TEXAS

| NO. | SHFL | NAME | DOB | PRCT | ADDRESS | ST | ZIP | ON JURY | TOTAL DAYS | TO P |
|-----|------|------|-----|------|---------|----|----|---------|------------|------|
| 1 | 75 | BAINBRIDGE ZACHARY BRIAN ( 20) | | 217 | | | | Y | | |
| 2 | 11 | NATION AMY MICHELLE ( 50) | | 325 | | | | Y | | |
| 3 | 87 | MASON RACHEL MICHELLE ( 51) | | 107 | | | | Y | | |
| 4 | 49 | HIGGINS WILLIAM HOWARD ( 98) | | 320 | | | | Y | | |
| 5 | 91 | STEWART SCOTT F ( 100) | | 109 | | | | Y | | |
| 6 | 26 | SMITH MARGARET ANN ( 112) | | 321 | | | | Y | | |
| 7 | 69 | WALLACE VIVIAN CLAIRE ( 139) | | 321 | | | | Y | | |
| 8 | 56 | JONES TERRY THOMAS ( 154) | | 324 | | | | Y | | |
| 9 | 62 | LITTLE MERLE LEE ( 186) | | | | | | Y | | |
| 10 | 78 | VANDERGRIFF JERRY DON ( 190) | | 428 | | | | Y | | |
| 11 | 37 | OFFERMAN LOIS CRETCHER ( 204) | | | | | | Y | | |
| 12 | 33 | MILLER JOSHUA THOMAS ( 211) | | | | | | Y | | |
| 13 | 77 | ACKER TROY HARRISON ( 217) | | 319 | | | | Y | | |

*ACT* (handwritten beside row 13)

```
***************************
* TOTAL PRINTED =       13 *
***************************
```

*Selected Jurors* (handwritten)

78

CAUSE NO. 28,779

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| VS. | § | HUNT COUNTY, TEXAS |
| CORY HAYES PARKER | § | 196TH JUDICIAL DISTRICT |

**DEFENDANT'S ELECTION FOR DETERMINATION OF PUNISHMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant **CORY HAYES PARKER**, in the above-entitled and-numbered cause and makes and files this his Election for the Determination of Punishment and would respectfully show unto the Court the following:

**I.**

Defendant has been represented by JACK L. PARIS, JR., Attorney at Law, who was appointed on August 6, 2012 by the Presiding Judge to represent Defendant in this cause. Defendant has discussed with and been advised by his Attorney as to Defendant's right to elect that either the Presiding District Judge or the Petit Jury can determine the issue and render a verdict as to the punishment to be assessed against Defendant in the event that he is found guilty of the offense alleged against him in the Indictment pending in this cause or any lesser included offense thereof. Defendant freely and voluntarily makes his own independent election as evidenced by his signature hereinbelow.

**II.**

In the event that the Defendant is found guilty of the criminal offense alleged in the Indictment pending in this cause or any lesser-included offense thereof, Defendant elects to have the <u>Petit Jury/Presiding Judge</u> determine punishment in this cause.

This election was made and filed prior to jury selection and trial of this cause.

_____
CORY HAYES PARKER, DEFENDANT

79

NO. 28,779

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| VS. | § | OF HUNT COUNTY, TEXAS. |
| CORY HAYES PARKER | § | 196TH JUDICIAL DISTRICT |

## DEFENDANT'S APPLICATION FOR PROBATION/COMMUNITY SUPERVISION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, CORY HAYES PARKER, Defendant in the above-entitled and-numbered cause, and makes and files this his Application For Community Supervision, pursuant to the provisions of Sec. 4(e) of the Texas Code of Criminal Procedure, and would respectfully show as follows:

### I.

Defendant makes and files this Application at a time prior to trial and jury selection in the above-entitled and-numbered cause.

### II.

I have never before been convicted of a felony offense in any jurisdiction, nor have I ever received a felony probation of any kind.

### III.

In the event that the Defendant is adjudicated guilty of a felony offense and is not sentenced to a term of imprisonment that exceeds ten (10) years, then Defendant respectfully requests that the jury recommend to the presiding Judge that the Judge place the Defendant on community supervision.

SIGNED this 20 day of July 2015.

Respectfully submitted,

_____
Cory Hayes Parker

| | |
|---|---|
| State of Texas | § |
| County of Hunt | § |

SUBSCRIBED AND SWORN to before the undersigned on the 20 day of July 2015.

_____
Notary Public, State of Texas

80

NO. 28779

THE STATE OF TEXAS                               §        IN THE DISTRICT COURT
VS.                                              §        OF HUNT COUNTY TEXAS
Cory Hayes Parker                                §        196TH JUDICIAL DISTRICT

ORDER REDUCING/INCREASING BOND

ON THIS DAY came for consideration the matter of the bond set in the above styled and numbered cause for the Defendant aforementioned. The State of Texas was present and was represented by the Hunt County District Attorney. The Defendant was present and represented by Counsel, Mr. Harris _____. The Court finds that the Defendant is under a bond of $ _____ and the Court feels that said bond should be reset at $ TBD – Denied Insufficient _____ None at this time.

IT IS HEREBY ORDERED that such bond is reset in the amount of $ TBD _____

IT IS HEREBY FURTHER ORDERED that the Defendant shall be required as a condition of release on bond to:

( ) Do not leave Hunt County or your county of residence without written permission from the Hunt County Community Supervision and Corrections Department-Pre-Trial Division, (HCCSCD) (PSTD) or the Court.

( ) Submit to testing weekly under the supervision of the HCCSCD PTSD for the presence of controlled substance(s) in the Defendant's body.

( ) Report to the HCCSCD PTSD immediately (or upon the first work day after release from custody) and then report weekly for the verification of employment, residence, and other information deemed necessary by PTSD.

( ) The Defendant shall submit to mandatory Alcoholics Anonymous meetings three (3) times per week and shall retain proof of attendance.

( ) The Defendant shall abstain from the use of alcohol and or controlled substances while this case remains pending.

( ) Do not operate a motor vehicle unless the vehicle is equipped with a deep lung interlock device.

( ) The Defendant shall not directly communicate with the alleged victim in this offense (_____) and shall not go near a residence, school or _____ frequented by the alleged victim.

(X) The Defendant shall not commit a new offense against this state or any other state of the United States or any political subdivision thereof.

( ) The Defendant shall pay costs of attorney in the amount of $_____ on or before _____ to the Hunt County Auditor, P. O. Box 1097, Greenville, Texas 75403.

( ) Return back to this Court on _____ at _____ a.m./p.m.

(X) Report in writing any change of address or phone numbers to the Hunt County District Clerk's Office.

( ) The Court finds that the accused has been in custody for 90 days or more and the District Attorney's Office has not obtained an indictment; therefore, this Court is required by law to grant a P.R. Bond.

Should the PSTD file a written report of violation of any condition herein the Defendant's bond will automatically be rescinded and the Clerk of the Court shall issue a capias for the arrest of the Defendant. Bond in such event will be denied pending review by the Court.

JUDGE PRESIDING
Date: 7-24. 2015

I have read the above special conditions and understand that the Court will revoke my bond, order my arrest, and order a new bond hearing, if the Judge receives written notice concerning any violation of the above required conditions.

_____          _____          _____   .   _____
DEFENDANT                         Date                  DISTRICT ATTORNEY              Date
Address:
Phone Number:

81

CAUSE NO. 28,779

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | OF HUNT COUNTY, TEXAS |
| | § | |
| CORY HAYES PARKER | § | 196TH JUDICIAL DISTRICT |

## CHARGE OF THE COURT

LADIES AND GENTLEMEN OF THE JURY:

The defendant, CORY HAYES PARKER, stands charged by indictment with the offense of Aggravated Assault by Use of a Deadly Weapon Against a Public Servant, alleged to have been committed in Hunt County, Texas, on or about the 2nd day of August, 2012. To this charge the defendant has pleaded not guilty. You are instructed that the law applicable to this case is as follows:

1.

A person commits the offense of assault if he intentionally or knowingly threatens imminent bodily injury to another, including the person's spouse.

A person commits the offense of aggravated assault if he commits an assault and the person:
   1) exhibits a deadly weapon during the commission of the assault.

A person commits aggravated assault on a public servant when the aggravated assault is committed against:
   1) a person the actor knows is a public servant while the public servant is lawfully discharging an official duty.

2.

"Actor" means a person whose criminal responsibility is in issue in a criminal action.

"Another" means a person other than the actor.

"Bodily injury" means physical pain, illness, or any impairment of physical condition.

"Deadly Weapon" means:
(A) a firearm or anything manifestly designed, made or adapted for the purpose of inflicting death or serious bodily injury; OR
(B) anything that in its manner of use or intended use is capable of causing death or serious bodily injury.

"Public Servant" means a person elected, selected, appointed, employed, or otherwise designated as an officer, employee, or agent of government.

"Spouse" means a person who is legally married to another.

3.

A person acts intentionally, or with intent, with respect to the nature of his conduct or to a result of his conduct when it is his conscious objective or desire to engage in the conduct or cause the result. Intent can be inferred by acts done or words spoken, if any.

A person acts knowingly, or with knowledge, with respect to the nature of his conduct or to circumstances surrounding his conduct when he is aware of the nature of his conduct or that the circumstances exist. A person acts knowingly, or with knowledge, with respect to a result of his conduct when he is aware that his conduct is reasonably certain to cause the result.

4.

A person is criminally responsible if the result would not have occurred but for his conduct.

5.

You are instructed that a sheriff's deputy is a public servant.

6.

The defendant is presumed to have known the person assaulted was a public servant if the person assaulted was wearing a distinctive uniform or badge indicating their employment as a public servant.

The jury is instructed relative to this presumption, as follows:

(A) that the facts giving rise to the presumption must be proven beyond a reasonable doubt;

(B) that if such facts are proven beyond a reasonable doubt the jury may find that the element of the offense sought to be presumed exists, but it is not bound to so find;

(C) that even though the jury may find the existence of such element, the state must prove beyond a reasonable doubt each of the other elements of the offense charged; and

(D) if the jury has a reasonable doubt as to the existence of a fact or facts giving rise to the presumption, the presumption fails and the jury shall not consider the presumption for any purpose.

7.

Now bearing in mind the foregoing instructions, if you find from the evidence beyond a reasonable doubt that on or about the 2nd day of August, 2012, in Hunt County, Texas, as alleged in the indictment, the defendant, CORY HAYES PARKER, did then and there intentionally or knowingly threaten DEPUTY KELLY PHILLIPS, with imminent bodily injury by pointing a firearm in DEPUTY KELLY PHILLIPS' direction during the commission of said assault, and did then and there use or exhibit a deadly weapon, to-wit: a shotgun, that in the manner of its use or intended use was capable of causing death or serious bodily injury,

1) knowing that DEPUTY KELLY PHILLIPS was a public servant, to-wit: A SHERIFF'S DEPUTY WITH THE HUNT COUNTY SHERIFF'S DEPARTMENT, and was lawfully discharging an official duty, to-wit: executing a search warrant,

then you will find the defendant "Guilty" as charged. If the evidence did not convince you beyond a reasonable doubt or you have a reasonable doubt thereof, you will acquit the defendant and say so by your verdict of "Not Guilty."

### 8.

All persons are presumed to be innocent and no person may be convicted of an offense unless each element of the offense is proved beyond a reasonable doubt. The fact that he has been arrested, confined, indicted for, or otherwise charged with the offense gives rise to no inference of guilt at his trial. The law does not require a defendant to prove his innocence or produce any evidence at all. The presumption of innocence alone is sufficient to acquit the defendant unless the jurors are satisfied beyond a reasonable doubt of the defendant's guilt after careful and impartial consideration of all the evidence in the case.

### 9.

Evidence may have been introduced in this case regarding the defendant's having committed other crimes, wrongs or acts. You are instructed that you can not consider any such evidence to prove the character of the defendant or that he acted in conformity therewith.

You can consider any such evidence for other purposes such as proof of motive, opportunity, intent, preparation, plan, knowledge, identity or absence of mistake or accident. You cannot consider the testimony for any purpose unless you find and believe beyond a reasonable doubt that the defendant committed such other acts, if any were committed.

### 10.

The prosecution has the burden of proving the defendant guilty and it must do so by proving each and every element of the offense charged beyond a reasonable doubt and, if it fails to do so, you must acquit the defendant.

It is not required that the prosecution prove guilt beyond all possible doubt; it is required that the prosecution's proof excludes all "reasonable doubt" concerning the defendant's guilt.

In the event you have a reasonable doubt as to the defendant's guilt after considering all the evidence before you, and these instructions, you will acquit him and say by your verdict "Not Guilty."

11.

You are the exclusive judges of the facts proved, of the credibility of the witnesses, and the weight to be given their testimony, but you must be governed by the law you shall receive in these written instructions.

After you retire to the jury room, you should select one of your members as your Foreperson. It is his or her duty to preside at your deliberations, vote with you, and when you have unanimously agreed upon a verdict, to certify to your verdict by using the appropriate form attached hereto and signing the same as Foreperson.

During your deliberations in this case, you must not consider, discuss, or relate any matters not in evidence before you. You should not consider or mention any personal knowledge or information you may have about any fact or person connected with this case which is not shown by the evidence.

No one has any authority to communicate with you except the officer who has you in charge. After you have retired, you may communicate with this Court in writing through this officer. Any communication relative to the cause must be written, prepared and signed by the Foreperson and shall be submitted to the Court through this officer. Do not attempt to talk to the officer who has you in charge, or the attorneys, or the Court, or anyone else concerning any question you may have.

Your sole duty at this time is to determine the guilt or innocence of the defendant under the indictment in this cause and restrict your deliberations solely to the issue of guilt or innocence of the defendant.

Following the arguments of counsel, you will retire to consider your verdict.

July 24, 2015

Date

J. Andrew Bench
Judge Presiding
196th Judicial District Court
Hunt County, Texas

## CAUSE NO. 28,779

## VERDICT FORM
(Choose only one)



We, the Jury, find the defendant, CORY HAYES PARKER, "**Guilty**" beyond a reasonable doubt of the offense of Aggravated Assault by Exhibiting a Deadly Weapon Against a Public Servant, as charged in the indictment.

_____
Foreperson

OR

We, the Jury, find the defendant, CORY HAYES PARKER, "**Not Guilty.**"

_____
Foreperson

Court's Charge

-7-
88

CAUSE NO. 28,779

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| VS | § | OF HUNT COUNTY, TEXAS |
| | § | |
| CORY HAYES PARKER | § | 196TH JUDICIAL DISTRICT |

## COURT'S PUNISHMENT CHARGE

LADIES AND GENTLEMEN OF THE JURY:

The defendant, CORY HAYES PARKER, has been found guilty as charged in the indictment of Aggravated Assault by use of a Deadly Weapon Against a Public Servant, as charged in the indictment. This offense is a first degree felony.

1.

You are instructed that the punishment for Aggravated Assault by use of a Deadly Weapon Against a Public Servant, is confinement in the Texas Department of Corrections Institutional Division for a period of not less than five (5) years, nor more than ninety-nine (99) years or life, and the jury in its discretion, may, if it chooses, assess a fine in any amount not to exceed $10,000, in addition to confinement in the penitentiary.

2.

Under the law applicable in this case, the defendant, if sentenced to a term of imprisonment, may earn time off the period of incarceration imposed through the award of good time. Prison authorities may award good conduct time to a prisoner who exhibits good behavior, diligence in carrying out prison work assignments, and attempts at rehabilitation. If a prisoner engages in misconduct, prison authorities may also take away all or part of any good conduct time earned by the prisoner.

It is also possible that the length of time for which the defendant will be imprisoned might be reduced by the award of parole.

Under the law applicable in this case, if the defendant is sentenced to a term of imprisonment, he will not become eligible for parole until the actual times served equals one-half of the sentence imposed or 30 years, whichever is less,

Court's Charge – 28,779                              89                                              1

without consideration of any good conduct time he may earn. If the defendant is sentenced to a term of less than four years, he must serve at least two years before he is eligible for parole. Eligibility for parole does not guarantee that parole will be granted.

It cannot accurately be predicted how the parole law and good conduct time might be applied to this defendant if he is sentenced to a term of imprisonment, because the application of these laws will depend on decisions made by prison and parole authorities.

You may consider the existence of the parole law and good conduct time. However, you are not to consider the extent to which good conduct time may be awarded to or forfeited by this particular defendant. You are not to consider the manner in which the parole law may be applied to this particular defendant.

3.

You are further instructed that in fixing the defendant's punishment, which you will show in your verdict, you may take into consideration all the facts shown by the evidence admitted before you in the full trial of this case and the law as submitted to you in this charge.

4.

As required by law, the defendant has filed, before trial, an affidavit stating the defendant has never been convicted of a felony in the State or any other state and requesting suspension of the sentence and placement on community supervision.

"Community Supervision" means the placement of a defendant by a court under a continuum of programs and sanctions with conditions imposed by the Court for a specified period during which a sentence of imprisonment or confinement, imprisonment and fine, or confinement and fine, is probated and the imposition of sentence is suspended as to the imprisonment only or as to imprisonment and fine.

If the punishment assessed by you is not more than ten years imprisonment in the institutional division and you further find the defendant has never been convicted of a felony in this or any other state, you may recommend the prison

time be suspended, and, if you assess a fine, you may recommend whether the fine be paid or suspended.

The judge must suspend the sentence and place the defendant on community supervision if the jury recommends it in its verdict. If you do not desire to suspend the sentence and place the defendant on community supervision, you will say nothing in your verdict containing the same.

If the jury recommends community supervision for an offense, the judge sets the period of supervision for this offense at not more than ten years nor less than two years. Further, if the jury recommends community supervision, the judge must determine the conditions of community supervision and may, at any time during the period of supervision, alter or modify the conditions. The judge may impose any reasonable condition that is designed to protect or restore the community, protect or restore the victim, or punish, rehabilitate, or reform the defendant.

5.

The State has introduced evidence of extraneous crimes or bad acts other than the one charged in the indictment in this case. This evidence was admitted only for the purpose of assisting you, if it does, in determining the proper punishment for the offense for which you have found the defendant guilty. You cannot consider the testimony for any purpose unless you find and believe beyond a reasonable doubt that the defendant committed such other acts, if any were committed.

6.

You are the exclusive judges of the facts proved, of the credibility of the witnesses and of the weight to be given to the testimony. Your verdict must be by a unanimous vote of all members of the jury. In arriving at your verdict, it will not be proper to fix the same by lot, chance, or any other method than by a full, fair and free exercise of the opinion of the individual jurors under the evidence admitted before you.

After the Court reads this charge, you may not separate from each other, nor may you talk with anyone not of your jury. After argument of counsel, you must retire and select one of your members as foreperson. It is his or her duty to preside at your deliberations and to vote with you in arriving at a unanimous verdict.

The Presiding Juror will fill in the appropriate form of verdict to

conform to the jury's determination. After you have arrived at your verdict, you must have your foreperson indicate the jury's verdict by signing the form that conforms to your verdict.

After you have retired to consider your verdict, no one has any authority to communicate with you except the officer who has you in charge. You may communicate with the Court in writing, signed by your foreperson, through the officer who has you in charge. Do not attempt to talk to the officer, the attorneys, or the Court concerning questions you may have.

Signed this the __3__ day of August, 2015.

Judge Andrew Bench
196th Judicial District Court
Hunt County, Texas



## VERDICT FORM
### (Choose One Only)

We, the Jury, having previously found the defendant, CORY HAYES PARKER, guilty of the felony offense of Aggravated Assault by use of a Deadly Weapon Against a Public Servant, as charged in the indictment, assess his punishment at imprisonment in the Texas Department of Criminal Justice for

_____8_____ years

(any term of not less than 5 years nor more than 99 years or life)

and optional fine in the amount of $_____0_____.

(any amount up to $10,000.00)

_____
Foreperson

**(ANSWER THIS ISSUE ONLY IF YOU HAVE CONVICTED THE DEFENDANT OF AGGRAVATED ASSAULT BY USE OF A DEADLY WEAPON AGAINST A PUBLIC SERVANT AND THE JURY HAS UNANIMOUSLY AGREED TO RECOMMEND COMMUNITY SUPERVISION)**

We, the Jury, having assessed the defendant's punishment at ten years or less, and further finding that the defendant has never before been convicted a felony in the state or any other state, do hereby recommend community supervision of the sentence and assess an optional fine in the amount of $ _____ (0-$10,000.00).

Furthermore, we recommend that:

_____ (A) the Defendant be required, as a condition of community supervision, to pay the fine assessed. OR

_____ (B) payment of the fine be suspended.

_____
Foreperson

Court's Charge – 28,779                    93                    5

Cause No. 28,779

AT FILED
AUG 0 3 2015
CLERK, DISTRICT COURT, HUNT CO. TX

| | | |
|---|---|---|
| THE STATE OF TEXAS | X | IN THE DISTRICT COURT |
| VS | X | OF HUNT COUNTY, TEXAS |
| COREY HAYES PARKER | X | 196TH JUDICIAL DISTRICT |

## TEXAS CODE OF CRIMINAL PROCEDURE 39.14 COMPLIANCE STATEMENT

COMES NOW, the State of Texas by and thru the undersigned Assistant District Attorney and Defense Counsel for the above named defendant and would show the Court as follows:

Pursuant to Article 39.14 of the Texas Code of Criminal Procedure, the following has been produced to the above defendant by way of copy:

See Attached Exhibit "A"

## SIGNATURES AND ACKNOWLEDGMENTS

I have received the above referenced discovery and have consulted with the defendant and have made him/her aware of the discovery provided in this case. I understand that non-public information received pursuant to Art. 39.14 is not subject to disclosure without a Court order. I further understand that I cannot allow the defendant to have copies of this information (other than his/her own statement). I also understand that prior to showing said information to the Defendant, I must redact it as set forth by Art. 39.14. Additionally, I acknowledge the State has maintained an open file in this case with the opportunity to view and inspect the same.

_____
Attorney for Defendant
State Bar Number: 15461500

I, the defendant herein, acknowledge that my attorney has explained to me, and I have reviewed the above referenced items.

_____
Defendant

As attorney for the State, I represent that the above referenced materials have been made available as set forth above.

_____
Assistant District Attorney, Hunt County, Texas
State Bar Number:_____

1

94

The Court accepts this document as compliance with Article 39.14 of the Texas Code of Criminal Procedure.

Date: 8-3. 2015

_____
Judge Presiding

2

## CAUSE NO. 28,779

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| VS. | § | OF HUNT COUNTY TEXAS |
| COREY HAYES PARKER | § | 196th JUDICIAL DISTRICT |

## VOLUNTARY DISCOVERY

NOBLE D. WALKER, JR., District Attorney in and for Hunt County, Texas here by furnishes the following Voluntary Discovery to the Defendant by and through his Attorney, _____, the 1st day of March, 2013.

1. Indictment
   **\*Other documents and discs were discovered in Cause Number 28,779.**



CASE NO. 28779      COUNT 1

INCIDENT NO./TRN: 9128294610 A002

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
|---|---|---|
| V. | § § § | |
| | § | OF HUNT COUNTY, TEXAS |
| COREY HAYES PARKER | § § | |
| | § | |
| STATE ID NO.: TX 06549725 | § | 196TH JUDICIAL DISTRICT |

## JUDGMENT OF CONVICTION BY JURY

| | | | |
|---|---|---|---|
| Judge Presiding: | HON. J. ANDREW BENCH | Date Judgment Entered: | 08-03-2015 |

| | | | |
|---|---|---|---|
| Attorney for State: | NOBLE D. WALKER, JR. | Attorney for Defendant: | JACK L. PARIS, JR. |
| Asst. District Atty: | G. CALVIN GROGAN, V. | | |

Offense for which Defendant Convicted:

AGG ASSAULT AGAINST PUBLIC SERVANT #2

| Charging Instrument: | Statute for Offense: |
|---|---|
| INDICTMENT | 22.02(b)(2)(B) PC |

Date of Offense:
08-02-2012

| Degree of Offense: | Punishment enhanced to: |
|---|---|
| 1ST DEGREE FELONY | Not enhanced |

| Plea to Offense: | Verdict of Jury: | Findings on Deadly Weapon: |
|---|---|---|
| NOT GUILTY | GUILTY | YES, A FIREARM |

| Plea to 1st Enhancement Paragraph: | N/A | Plea to 2nd Enhancement/Habitual Paragraph: | N/A |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | N/A | Findings on 2nd Enhancement/Habitual Paragraph: | N/A |

Plea to Additional Enhancement Paragraphs: N/A

Findings on Additional Enhancement Paragraphs: N/A

| Punished Assessed by: | Date Sentence Imposed: | Date Sentence to Commence: |
|---|---|---|
| JURY | 08-03-2015 | 08-03-2015 |

| Punishment and Place of Confinement: | 8 YEARS and 0 MONTHS and 0 DAYS INSTITUTIONAL DIVISION, TDCJ |
|---|---|

THIS SENTENCE SHALL RUN CONCURRENTLY.

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR .

| Fine: | Attorney Fees: | Court Costs: | Lab Fees: | Restitution: | OTHER FEES: |
|---|---|---|---|---|---|
| $.00 | $ | $266.25 | $.00 | $.00 | $ |

Restitution Payable to: Name:

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62.

The age of the victim at the time of the offense was .

## NO - A Victim Impact Statement was filed with the District Clerk in this case.

| Time Credited: | 129 DAYS | NOTES: N/A |
|---|---|---|

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Hunt County, Texas. The State appeared by her District Attorney. Defendant appeared in person with Counsel.

It appeared to the Court that Defendant was mentally competent and had pleaded as shown above to the charging instrument. Both parties announced ready for trial. A jury was selected, impaneled, and sworn. The INDICTMENT was read to the jury, and Defendant entered a plea to the charged offense. The Court received the plea and entered it of record.

The jury heard the evidence submitted and argument of counsel. The Court charged the jury as to its duty to determine the guilt or innocence of Defendant, and the jury retired to consider the evidence. Upon returning to open court, the jury delivered its verdict in the presence of Defendant and defense counsel, if any.

The Court received the verdict and ORDERED it entered upon the minutes of the Court.

## Punishment Assessed by Jury / Court / No election (select one)

☒ **Jury.** Defendant entered a plea and filed a written election to have the jury assess punishment. The jury heard evidence relative to the question of punishment. The Court charged the jury and it retired to consider the question of punishment. After due deliberation, the jury was brought into Court, and, in open court, it returned its verdict as indicated above.

☐ **Court.** Defendant elected to have the Court assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.

☐ **No Election.** Defendant did not file a written election as to whether the judge or jury should assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

## Punishment Options (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the Director, Institutional Division, TDCJ. The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Hunt County District Clerk. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of Hunt County, Texas on the date the sentence is to commence. Defendant shall be confined in the Hunt County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the Hunt County District Clerk. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the Hunt County District Clerk. Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

## Execution / Suspension of Sentence (select one)

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. **The Order Setting Forth the Terms and Conditions of Community Supervision is incorporated into this judgment by reference.**

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

### Furthermore, the following special findings or orders apply:

FOR A DEADLY WEAPON FINDING:

☒ The Court FINDS Defendant used or exhibited a deadly weapon, namely, A SHOTGUN, during the commission of a felony offense or during immediate flight therefrom or was a party to the offense and knew that a deadly weapon would be used or exhibited. TEX. CODE CRIM. PROC. art. 42.12 §3g.

2

**FOR DWI IGNITION INTERLOCK:**
☐ The Court ORDERS that the defendant shall install, on each motor vehicle owned or operated by defendant, a device that uses a deep-lung breath analysis mechanism to make impractical the operation of the motor vehicle if ethyl alcohol is detected in the breath of the operator. This order shall be in effect from the date of this judgment until the date of the first anniversary after the ending of the period of drivers license suspension imposed under Section 521.344, Transportation Code. Defendant shall obtain the device(s) at the defendant's own cost on or before that ending date. Defendant shall provide evidence to the Court on or before that ending date that the device has been installed on each appropriate vehicle, and the devices shall remain on each appropriate vehicle until the first anniversary after the ending of the period of such driver's license suspension. Defendant shall not operate any motor vehicle that is not equipped with that device.

**FOR FAMILY VIOLENCE FINDING:**
☐The Court FINDS that Defendant was prosecuted for an offense under Title 5 of the Penal Code that involved family violence. TEX. CODE CRIM. PROC. art. 42.013.

**FOR SEX OFFENDERS:**
Special Drivers License for Sex Offender:
☐The Court ORDERS Defendant to apply for an original or renewed Texas Driver's License or personal identification certificate not later than 30 days after release from confinement or upon receipt of written notice from the Texas Department of Public Safety (DPS). The Court further ORDERS Defendant to annually renew the license or certificate. The DPS shall place an indication on the Defendant's driver's license or personal identification certificate that the Defendant is subject to the sex offender registration requirements. The Court ORDERS the clerk of the Court to send a copy of this order to the DPS and to Defendant. TEX. CODE CRIM. PROC. art. 42.016.

**FOR CUMULATION/STACKING ORDER:**
☐The Court ORDERS that the sentence in this conviction shall run consecutively and shall begin only when the judgment and sentence in the following case has ceased to operate: . TEX. CODE CRIM. PROC. art. 42.01 § 1(19).

**TO SUSPEND DRIVER'S LICENSE:**

☐ The defendant's license, permit, and operating privilege is hereby suspended for a period of 180 days.

☐ IT IS FURTHER ORDERED that Defendant participate in the substance abuse program at the State Jail upon availability and follow all guidelines and instructions until program is complete.

☒ THE DEFENDANT"S PHOTOGRAPH, IF ATTACHED TO THIS JUDGMENT, IS INCORPORATED FOR ALL PURPOSES.

☐ADDITIONAL SPECIAL ORDERS ARE PREPARED ON A SEPARATE DOCUMENT ATTACHED TO THIS JUDGMENT AND INCORPORATED FOR ALL PURPOSES.

Signed and entered on 08-03-2015.

_____
HONORABLE J. ANDREW BENCH
196 TH JUDICIAL DISTRICT COURT

RIGHT THUMB PRINT OF:
Corey Haes Tacker
DATE: 8-3-15
TAKEN BY: _____
BAILIFF 196TH DISTRICT COURT

28779

99



3





| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | |
| | § | OF HUNT COUNTY, TEXAS |
| COREY HAYES PARKER | § | |
| | § | |
| STATE ID NO.: TX 06549725 | § | 196TH JUDICIAL DISTRICT |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL

I, J. ANDREW BENCH ,Judge of the trial court certify this criminal case:

☒ is not a plea bargain case, and the defendant has the right of appeal; or

☐ is a plea bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived and the defendant has the right of appeal; or

☐ is a plea bargain case, but the trial court has given permission to appeal; and the defendant has the right to appeal; or

☐ is a plea bargain case, and the defendant has NO right of appeal; or

☐ the defendant has waived the right of appeal.

Signed on 08-03-2015.

HONORABLE J. ANDREW BENCH
196 TH JUDICIAL DISTRICT COURT

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and I have only thirty (30) days in which to file a pro se petition for discretionary review in the court of appeals. TEX. R. APP. PRO. R. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se petition for discretionary review.

_____
Defendant (MUST SIGN)

Mailing Address: _____

Telephone number: _____

_____
Attorney for Defendant

SBN: _15461500_

Address: 3101 JOE RAMSEY BLVD.,STE. 101
GREENVILLE,TEXAS 75404-8277
Telephone Number: 903-455-5797
Fax Number: 903-455-6205

8.  I have the following outstanding obligations:

_____

_____

AT FILED
AUG 07 2015
CLERK, DISTRICT COURT, HUNT CO. TX

9.  I can borrow $ _____0_____ from _____

10.  I AM / AM NOT free on bond. Amount of bond $ _____

Name of person who paid for bond _____

Bondsman's name _____

11.  I receive governmental support of $ _____ for _____

12.  I am currently represented by attorney _Kirk Paris_____ on other
charges or in other court(s). My attorney is RETAINED / APPOINTED.

## CHOOSE ONE:

( )  I have no ability to raise funds with which to employ an attorney and desire the court to appoint an attorney to defend me.

( )  I can afford payments of $ _50_ per week/month toward paying a court appointed attorney.

Date: _8/7/15_____          _____
                                      Defendant

Subscribed and sworn to before me, the undersigned authority, on this the _1_ day of _August_ 20_15_

# _20,778 & 20,779_          By: _____
State of Texas                Official Administering Oath for the State of Texas

VS

Parker, Cory Hayes - Appeal

## ORDER

The court, finding that Defendant is too poor to employ counsel, appoints _Peter Morgan_ to defend the accused.

X  Defendant is in custody and the attorney should visit the jail within one day.
( )  Defendant is directed to meet the attorney within three days.
( )  Defendant is able to partially afford attorney in amount of $ _____ per _____

_____
JUDGE PRESIDING
HUNT COUNTY, TEXAS
DATE: _8-7-2015_

CERTIFICATE
Forward to appointed attorney
By ( ) Fax ( ) Email on _____

_____
Coordinator

# AFFIDAVIT OF INDIGENCE AND APPLICATION FOR APPOINTED ATTORNEY

My full name is _Cory Parker_

My address is _10092 Navajo Quinlan TX 75474_

I wish to disclose under oath my income, sources of income, assets, property, outstanding obligations, necessary expenses, dependents, spousal income available to me and any Governmental support.

1. My earnings are $ _300_ per _week_

   Employer _Allen Jefferson_

   Address of Employer _Hwy 19 Emory_

   If unemployed, list the last job you had when it ended and expectations of gaining employment.

   _____

2. I have other income in the amount of (state source and amount per month/week

   _____

3. I AM / AM NOT married and support _0_ children and or other dependents who are (name and relation)

   _____

4. Earnings of my spouse available to me are (name of employer and amount of weekly or monthly earnings)

   _____

5. I have the following money:

   | | | | |
   |---|---|---|---|
   | At home | $ — | Checking Account | $ — |
   | Savings Account | $ — | Safety Deposit Box | $ — |
   | Due/Owed to me | $ — | Other | $ — |

6. I own the following real property: (Address and location)

   _____

   If you own any of the following, please show value:

   | | | | |
   |---|---|---|---|
   | House | | Automobiles | |
   | Furniture | | Other Land/Buildings | |
   | Notes, Mortgages, Trusts | | Stocks and Bonds | |
   | Animals of Value | | Jewelry | |
   | Other Personal Property | | | |

7. I have the following necessary expenses:
   _Rent 550ª month elec 350 mo Water 75ª mo hus 150ª mo_

CAUSE NO. 28,779

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| VS. | § | OF HUNT COUNTY, TEXAS |
| COREY HAYES PARKER | § | 196TH JUDICIAL DISTRICT |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes COREY HAYES PARKER, Defendant in the above styled and numbered cause, by and through his court appointed trial attorney and gives this written notice of appeal to the 6th Court of Appeals at Texarkana from the judgment of conviction and sentence herein rendered against COREY HAYES PARKER on August 3, 2015.

Defendant would further state unto the Honorable Trial Court that he had been released on a personal recognizance bond for two (2) years and eight (8) months from the date of the filing of his affidavit of inability to employ counsel in this cause and the appointment of trial counsel; that Defendants financial circumstances have not changed since the filing of such affidavit of inability to employ counsel; that Defendant does not have the resources to employ counsel to represent him on appeal and, therefore, respectfully request this Honorable Court appoint approved appellate counsel to represent Defendant upon appeal.

Defendants trial counsel, Jack L. Paris, Jr. respectfully request that he be released from any further responsibility with respect to the representation of the defendant upon appeal.

Respectfully submitted,

_____
COREY HAYES PARKER

NOTICE OF APPEAL

Page 1 of 2

JACK L PARIS JR LAW OFFICE PC
3101 Joe Ramsey Blvd., Ste. 101
P O Box 8277
Greenville, TX 75402
Tel: (903) 455-5797
Fax: (903) 455-6205

By: _____
Jack L. Paris, Jr.
State Bar No. 15461500
jlparislaw@ymail.com
Attorney for **COREY HAYES PARKER**

## CERTIFICATE OF SERVICE

This is to certify that on AUG 7, 2015, a true and correct copy of the above and foregoing document was served by hand delivery to Calvin Grogan, Assistant Hunt County District Attorney at the Hunt County Courthouse, Greenville, Texas.

_____
Jack L. Paris, Jr.

CAUSE NO. 28,779

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| VS. | § | OF HUNT COUNTY, TEXAS |
| COREY HAYES PARKER | § | 196TH JUDICIAL DISTRICT |

AT FILED
AUG 03 2015

## MOTION TO SET BAIL PENDING APPEAL

To the Honorable Judge of said Court:

Comes now, Corey Hayes Parker, the above Defendant in the above entitled numbered cause by and through his attorney of record, and makes and files this his Motion for the Court set bail pending appeal, and in support thereof, would show the Court as follows:

### I.

A jury was empanelled in this cause on July 20, 2015, and on July 24, 2015, the jury returned a unanimous verdict of guilty in the cause. On August 3, 2015, the same jury returned a punishment verdict in this cause setting Defendants punishment at eight (8) years TDCJ-ID, without a recommendation of community supervision. Judgment of conviction by jury was entered by the Honorable Court on that same date.

### II.

This motion is brought pursuant to the provisions of Section 44.04(c) of the Texas Code of Criminal Procedure. Defendant request an evidentiary hearing for the Court to consider Defendants request for bond to be set pending appeal, and such hearing has been scheduled for August 7, 2015 at 9:00 a.m.. Defendant has never before been convicted of a felony offense. The punishment assessed by the jury is less than ten (10) years, to wit, eight (8) years, with no fine assessed. Defendant has resided in Hunt County, Texas the entirety of his life, and his parents and closest family reside in Hunt County. Defendants cases were pending for a period of

approximately three (3) years from the date of offense to the date of trial, and the Defendant was at liberty on a personal recognizance bond for two (2) years and eight (8) months of that period of time. Defendant faithfully attended court timely on each and every occasion as he was instructed to do so during the pendency of this case. Defendant has serious health issues that need to be addressed, and is imperative for the Defendant to address those health issues and receive such health care, testing and such while incarcerated and subject to transport by the appropriate custodial authorities. Subject to the status of Defendants health, it was otherwise established at the punishment hearing without dispute that the Defendant would have an opportunity for employment while on bond.

## Prayer

WHEREFORE, Defendant prays that following an Evidentiary Hearing, that this Honorable Court set a reasonable bail bond amount in this case pending the conclusion of Appeal.

Respectfully submitted,

JACK L PARIS JR LAW OFFICE PC
3101 Joe Ramsey Blvd., Ste. 101
P O Box 8277
Greenville, TX 75402
Tel: (903) 455-5797
Fax: (903) 455-6205

By: _____
Jack L. Paris, Jr.
State Bar No. 15461500
jlparislaw@ymail.com
Attorney for **COREY HAYES PARKER**

## CERTIFICATE OF SERVICE

Notice of this motion was given to the Hunt County District Attorneys Office orally in Court on the record on August 3, 2015, and a copy of the foregoing motion is being hand delivered to the Hunt County District Attorney on August 6, 2015.

_Jack L. Paris_

Jack L. Paris, Jr.

NO. 28,779

THE STATE OF TEXAS § IN THE DISTRICT COURT
VS. § OF HUNT COUNTY, TEXAS
Parker, Cory Hayes § 196TH JUDICIAL DISTRICT

ORDER SETTING BOND — Appeal    Agg Assault Against Public Servant

ON THIS DAY came for consideration the matter of the bond set in the above styled and numbered cause for the Defendant aforementioned. The State of Texas was present and was represented by the Hunt County District Attorney. The Defendant was present and represented by Counsel, _Jack L. Paris Jr._, The Court finds that the Defendant is charged with the following: _Agg. Assault Public Servant w/ DW_.
Taking into consideration the following:
1) That bail should be sufficiently high to give reasonable assurance that the Defendant will appear as directed by the Court, and
2) That bail should not be used as an instrument of oppression, and
3) The nature of the offense and the circumstances under which it was allegedly committed, and
4) The defendant's ability to make bail.
   The Court finds that the bond in this cause should be set at $ _40,000. Cash or surety_
   The Defendant shall be required as a condition of release on bond to:
( ) Do not leave Hunt County or your county of residence without written permission from the Hunt County Community Supervision and Corrections Department-Pre-Trial Division, (HCCSCD) (PSTD) or the Court.
( ) Submit to testing weekly under the supervision of the HCCSCD PTSD for the presence of controlled substance(s) in the Defendant's body.
(X) Report to the HCCSCD PTSD immediately (or upon the first work day after release from custody) and then report weekly for the verification of employment, residence, and other information deemed necessary by PTSD.
( ) The Defendant shall submit to mandatory Alcoholics Anonymous meetings three (3) times per week and shall retain proof of attendance.
(X) The Defendant shall abstain from the use of alcohol and or controlled substances while this case remains pending.
( ) Do not operate a motor vehicle unless the vehicle is equipped with a deep lung interlock device. w/ pending felony charge.
( ) The Defendant shall not directly communicate with the alleged victim in this offense ( persons w/ pending felony charge) and shall not go near a residence, school or _____ frequented by the alleged victim.
(X) The Defendant shall not commit a new offense against this state or any other state of the United States or any political subdivision thereof.
( ) The Defendant shall pay costs of attorney in the amount of $_____ on or before _____ to the Hunt County Auditor, P. O. Box 1097, Greenville, Texas 75403.
(X) Return back to this Court on _upon notice by the Court_ a.m./p.m.
(X) Report in writing any change of address or phone numbers to the Hunt County District Clerk's Office.
( ) The Court finds that the accused has been in custody for 90 days or more and the District Attorney's Office has not obtained an indictment; therefore, this Court is required by law to grant a P.R. Bond.
(X) Wear an ankle monitor at all times at Defendant's expense before release.
   Should the PSTD file a written report of violation of any condition herein the Defendant's bond will automatically be rescinded and the Clerk of the Court shall issue a capias for the arrest of the Defendant. Bond in such event will be denied pending review by the Court.

_____
JUDGE PRESIDING
Date: _8-7-2015_

I have read the above special conditions and understand that the Court will revoke my bond, order my arrest, and order a new bond hearing if the Judge receives written notice concerning any violation of the above required conditions.

_____  _Aug-7, 2015_      _____  _____
DEFENDANT                Date                DISTRICT ATTORNEY         Date
Address:
Phone Number: _10092 Navajo_
_Quinlan, TX 75474_
_903-274-9957_

109

No. CR 28,779

| THE STATE OF TEXAS | * | IN THE 196TH DISTRICT |
| | * | |
| V | * | COURT |
| | * | |
| CORY HAYES PARKER | * | HUNT COUNTY, TEXAS |

FILED
2015 SEP -1 AH 9: 57

## MOTION FOR NEW TRIAL

Cory Hayes Parker, Defendant, files this Motion For New Trial and shows:

### 1. Trial Date and Conviction

A trial before the court on this case was held and judgment pronounced and entered on August 3, 2015. The trial in this case proceeded concurrently with Trial Court Cause No. 28,778.

### 2. Grounds for New Trial

Defendant requests that a new trial be granted in the interest of justice. Defendant urges the Court to reconsider whether or not sufficient evidence exists to support each element of the offense of Aggravated Assault of a Public Servant as charged in the indictment.

### Prayer

Defendant prays that the Court set aside the Judgment of Conviction entered in this cause and order a new trial on the merits.

RESPECTFULLY SUBMITTED,

Peter I. Morgan,
Counsel for Cory Hayes Parker
SBN 14451700
P.O. Box 984
2708 Washington St.
Greenville, Texas 75403
Tel: (903) 455-8113
Fax: (903) 642-0057

Motion For New Trial
State of Texas v. Cory Hayes Parker
Page 1 of 2

## CERTIFICATE OF SERVICE

This is to certify that on September 1, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hunt County, 4th floor Hunt County Courthouse, by hand delivery.

Peter I. Morgan

Motion For New Trial
State of Texas v. Cory Hayes Parker
Page 2 of 2

TRIAL COURT CAUSE NO 28,779

THE STATE OF TEXAS                    §

COUNTY OF HUNT                        §

I, Stacey Landrum, Clerk of the 196th District Court of Hunt County, Texas, do hereby certify that the documents contained in this record to which this certification is attached are all the documents specified by Texas Rule of Appellate Procedure 34.5 (a) and all other documents timely requested by a party to this proceeding under Texas Rule of Appellate Procedure 34.5 (b).

GIVEN UNDER MY HAND AND SEAL at my office in Greenville, Hunt County, Texas this 25th day of November, 2015.



_____
STACEY LANDRUM, District Clerk

By _____
Susan Spradling, Deputy Clerk